**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF IOWA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Cycle Force Group, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  North America Cycles**<br>**DBA  CFG Promos**<br>**DBA  DropShipDirect**<br>**FDBA  Cycle Source**<br>**DBA  N2 Logistics**<br>**DBA  Iowa Cycling Factory**<br>**DBA  In Gear Outfitters**<br>**DBA  Bikeaid**<br>**DBA  Force Graphics**<br>**DBA  Bicycle Surplus** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-2671865** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2105 SE 5th St.**<br>**Ames, IA 50010**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Story**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.cyclefg.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Cycle Force Group, LLC**                                          Case number (*if known*) _____
        Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    4239

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

| Debtor | **Cycle Force Group, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**▮ Statistical and administrative information**

**13.  Debtor's estimation of available funds**     .     *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Cycle Force Group, LLC**                                          Case number (*if known*) _____
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Cycle Force Group, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 22, 2021**
                MM / DD / YYYY

**X** **/s/ Nyle Nims**                                          **Nyle Nims**
Signature of authorized representative of debtor                Printed name

Title    **President/CEO**

**18. Signature of attorney**

**X** **/s/ Krystal R. Mikkilineni**                          Date    **April 22, 2021**
Signature of attorney for debtor                                       MM / DD / YYYY

**Krystal R. Mikkilineni AT0011814**
Printed name

**Bradshaw, Fowler, Proctor & Fairgrave PC**
Firm name

**801 Grand Avenue,  Suite 3700**
**Des Moines, IA 50309-8004**
Number, Street, City, State & ZIP Code

Contact phone    **515-246-5880**          Email address    **mikkilineni.krystal@bradshawlaw.com**

**AT0011814 IA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Cycle Force Group, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF IOWA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 22, 2021**    X */s/ Nyle Nims*
                    Signature of individual signing on behalf of debtor

                           **Nyle Nims**
                           Printed name

                           **President/CEO**
                           Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Cycle Force Group, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF IOWA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sinosure c/o Noelle R. Murray, Esq. Murray Law Firm PC 222 Third Ave SE Suite 501 #* Cedar Rapids, IA 52401** | | **Export and credit insurance claim filed by RoyalBaby** | **Disputed** | | | **$2,438,827.48** |
| **MIFA-Bike Gesellschaft mbh Kyselhauser Str. 23 06526 Sangerhausen GERMANY** | | | **Contingent Disputed** | | | **$421,661.75** |
| **Volkswagen Zubehor/MIFA Bike GmbH c/o Frau Kohler An der Trift 67 63303 Dreielch GERMANY** | | **License Agreement with VW Germany terminated due to contested breach of contract. Volkswagen European license agreement** | **Contingent Disputed Subject to Setoff** | | | **$156,627.35** |
| **BIG Bicycle Industry Group Teugseweg 18 D 7418 AM Deventer The Netherlands** | | **Bicycles** | | | | **$90,924.36** |
| **Canada Revenue Agency Prince Edward Island Tax Centre 275 Pope Rd. Summerside PE C1N 6A2** | | **GST/HST and adjustments for sales and revenue from the 2019 tax year.** | | | | **$36,073.52** |
| **Great Western Bank 316 S. Duff Ames, IA 50010** | | **Credit Card Debt** | | | | **$22,199.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor   **Cycle Force Group, LLC**                                    Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SPS Commerce 333 S. Seventh St. Suite 1000 Minneapolis, MN 55402** | | **Electronic Data Interchange contract** | **Contingent Disputed** | | | **$19,337.12** |
| **Sears Roebuck and Co. Vendor Receivables PO Box 2621 Omaha, NE 68103-2621** | | | **Disputed** | | | **$2,870.99** |
| **Brodsky and Smith, LLC 2 Bala Plaza, Suite 510 Bala Cynwyd, PA 19004** | | **Settlement payments from litigation case in California re Proposition 65 (Ferreiro v. Kohl's)** | | | | **$2,000.00** |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | | **Shown for Noticing purposes only.** | | | | **Unknown** |
| **Iowa Department of Revenue Hoover State Office Building PO Box 10471 Des Moines, IA 50306-0471** | | **Shown for Noticing Purposes Only** | | | | **Unknown** |
| **Iowa Workforce Development Unemployment Insurance Tax Bureau 1000 East Grand Ave. Des Moines, IA 50319** | | **Shown for Noticing Purposes Only** | | | | **Unknown** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Cycle Force Group, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $     **4,860,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $     **4,935,675.65**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $     **9,795,675.65**

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **5,326,185.70**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **36,073.52**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     **3,154,448.05**

4. **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b

   $     **8,516,707.27**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Cycle Force Group, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Great Western Bank** | **Checking** | **5131** | **$471,070.12** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $471,070.12 |
|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.  **30% deposit paid  9/1/20 on shipping containers of bicycles scheduled to be shipped April 30 2021, held by Jiashan Oskaar-Bebehut Precision Machinery Co. Ltd. No. 63 Yushan Road, Jiashan, Zhejiang, CHINA** | **$8,550.90** |
|---|---|
| 7.2.  **30% deposit paid 1/29/21 for two shipping containers scheduled to be shipped 9/25/21 & 1/1/22 held by Jiashan Oskaar-Bebehut Precision Machinery Co. Ltd. No. 63 Yushan Road, Jiashan, Zhejiang, CHINA** | **$17,047.80** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Cycle Force Group, LLC**                                    Case number *(If known)* _____
_____
Name

| | | |
|---|---|---|
| 7.3. | **Deposit paid to RoyalBaby pursuant to Consignment Agreement** | **$50,000.00** |

| | | |
|---|---|---|
| 7.4. | **Deposit paid to International Moon Sport LTD on March 3, 2021 for shipping containers to be shipped May 15, 2021** | **$20,236.96** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                    **$95,835.66**
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **2,391,859.46**    -    **0.00**    = ....    **$2,391,859.46**
face amount                        doubtful or uncollectible accounts

11b. Over 90 days old:    **8,152.03**    -    **0.00**    =....    **$8,152.03**
face amount                        doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                    **$2,400,011.49**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** **Bicycles and bicycle equipment and parts held for resale** | **4/30/20** | **$0.00** | **Standard Cost** | **$857,775.67** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Cycle Force Group, LLC**                                      Case number *(If known)* _____
<u>                          </u>
Name

| | | |
|---|---|---|
| 22. | **Other inventory or supplies** | |
| 23. | **Total of Part 5.**<br>Add lines 19 through 22.  Copy the total to line 84. | **$857,775.67** |

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value _____ 0.00   Valuation method   **Book Cost**   Current Value   5,648.00

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office furniture equipment, ERP computer system with software and hardware.** | **Unknown** | **Book Cost** | **$794,000.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

| | | |
|---|---|---|
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$794,000.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Cycle Force Group, LLC**                                    Case number *(If known)* _____
          Name

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1.    **Purchase Lease for 2015 Ram<br>Promaster 3500 Sprinter Cargo Van** | Unknown | Kelly Blue Book | $8,391.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

| | | | |
|---|---|---|---|
| **Misc Equipment** | Unknown | Book Cost | Unknown |
| **Xerox Copier, printers/batteries, PAD Transfer<br>Machine, Sharp Copy Machine, Ricoh<br>Production Printer, Vinyl Inkjet/Decal printer<br>plotter, Postage Meter Machine, ERP Software<br>(See attached Book Asset Detail)** | Unknown | est value | $68,488.71 |
| **20 Forklifts various makes and models** | Unknown | | $134,500.00 |
| **Display Stands, Display Wall, Storage Bins** | Unknown | Est. Value | $14,000.00 |
| **Slip Sheet Machine, Bike Stands** | Unknown | est. value | $5,500.00 |
| **Nikon Digital Camera** | Unknown | est. value | $500.00 |
| **Pallet Jack** | Unknown | est. value | $2,000.00 |
| **Utility Carts** | Unknown | est. value | $500.00 |
| **Used HVAC Equipment** | Unknown | est. value | $1,000.00 |
| **Trash Compactor** | Unknown | est. value | $15,000.00 |
| **Autobagger** | Unknown | est. value | $18,000.00 |
| **Air Handler** | Unknown | est value | $20,000.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor    **Cycle Force Group, LLC**                                        Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| **Warehouse Floor Cleaner** | Unknown | est. value | $3,000.00 |
| **Automated Packaging System** | Unknown | est. value | $4,000.00 |
| **Arm Wrap Tower** | Unknown | est value | $7,500.00 |
| **Platform Lift** | Unknown | est. value | $7,500.00 |
| **Elevator** | Unknown | est value | $7,000.00 |
| **Rebuilt Transmission** | $0.00 | est value | $100.00 |
| **Storage Trailers located at 3100 South Riverside Dr., Ames, Iowa** | $0.00 | | Unknown |

51.  **Total of Part 8.**                                                    $316,979.71

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Distribution warehouse and office property Leased at 2105 SE 5th St., Ames, IA.  This warehouse is leased from Nyle Nims and his wife, Patricia Nims.** | Capital Lease | Unknown | Appraisal | $4,860,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Cycle Force Group, LLC** | | Case number *(If known)* | |
| | Name | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.2. | **3500 South Riverside Dr., Ames Iowa - Off premises storage unit on a  year to year lease** | **Lease Agreement** | Unknown | 0.00 | | $0.00 |

| 56. | **Total of Part 9.** | | |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | **$4,860,000.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Active Trademarks: Apollo, Byk, Chipmunk, Joey, Mantis,  Ocean City, Royal Baby, Saint Tropez** | Unknown | | Unknown |
| 61. **Internet domain names and websites** **www.cyclefg.com** **www.cfgpromos.com** **www.nacycles.com** **www.ingearoutfitters.com** **www.panaracerusa.com** **www.shopminoura.com** **www.headbikeusa.com** **www.bikeaidonline.com** | Unknown | Liquidation | $1.00 |
| 62. **Licenses, franchises, and royalties** **License of "Head" trademark from Head Sport GmbH** | Unknown | N/A | $1.00 |
| 63. **Customer lists, mailing lists, or other compilations** **List of bicycle shops and list of Advertising Specialty Customers for special advertising and sales** | Unknown | N/A | $1.00 |
| 64. **Other intangibles, or intellectual property** | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Cycle Force Group, LLC**                                    Case number *(If known)* _____
         Name

65.    **Goodwill**

66.    **Total of Part 10.**                                                    | $3.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor     **Cycle Force Group, LLC**                                    Case number *(If known)* _____
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $471,070.12 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $95,835.66 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,400,011.49 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $857,775.67 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $794,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $316,979.71 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................................> | | $4,860,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,935,675.65 | + 91b. $4,860,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $9,795,675.65 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Cycle Force Group, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                              12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1    Belgium Cycling Factory**
Creditor's Name

**Beverlosesteenweg 85
3583 Paal-Beringen
Belgium**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Consigned inventory and proceeds thereof**          $453,029.87          $453,029.87

Describe the lien
**Lien on Consigned Goods**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2    Great Western Bank**
Creditor's Name

**316 S. Duff
Ames, IA 50010**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/24/14**
**Last 4 digits of account number**
**7262**
**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien          $3,034,526.83          $3,034,526.83
**all assets of the company**

Describe the lien
**Blanket Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Cycle Force Group, LLC**
_____   Case number (if known) _____
Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,     ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.3 | **Izumi Chain Mfg. Co., Ltd.** | | Describe debtor's property that is subject to a lien | $0.00 | Unknown |

Creditor's Name

**100-1, Hakotsukuri**
**Hannan-Shi, Osaka**
**599-0232**
**JAPAN**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Consigned inventory and proceeds thereof**

**Describe the lien**
**lien on consigned goods**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**3/31/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Kemco Group, Inc.** | | Describe debtor's property that is subject to a lien | $0.00 | Unknown |

Creditor's Name

**12350 Mantague St. Unit L**
**Pacoima, CA 91331**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Consigned inventory and proceeds thereof**

**Describe the lien**
**Lien on consigned goods**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Menabo S.R.L.** | | Describe debtor's property that is subject to a lien | $0.00 | Unknown |

Creditor's Name

**Via 8 Marzo, 3-Z.I. Corte**
**Tegge**
**42025 Cavriago**
**ITALY**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Consigned inventory and proceeds thereof**

**Describe the lien**
**Lien on consigned goods**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 7

Debtor    **Cycle Force Group, LLC**                                    Case number (if known)
_____
Name

|  | **Is the creditor an insider or related party?** |
|---|---|
|  | ■ No |
| _____ | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
|  | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
|  |  |
| **Last 4 digits of account number** |  |
|  | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.6 | **Messingschlager GmbH & Co.** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |
|---|---|---|---|---|
|  | Creditor's Name | **Consigned inventory and proceeds thereof** |  |  |
|  | **Hassberhstr 45** |  |  |  |
|  | **D-96148 Baunach** |  |  |  |
|  | **Germany** |  |  |  |
|  | Creditor's mailing address | **Describe the lien** |  |  |
|  |  | **Lien on Consigned Goods** |  |  |
|  |  | **Is the creditor an insider or related party?** |  |  |
|  |  | ■ No |  |  |
|  | _____ | ☐ Yes |  |  |
|  | Creditor's email address, if known | **Is anyone else liable on this claim?** |  |  |
|  |  | ■ No |  |  |
|  | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | **7/7/2020** |  |  |  |
|  | **Last 4 digits of account number** |  |  |  |
|  | **2020** |  |  |  |
|  | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |  |  |
|  |  | Check all that apply |  |  |
|  | ■ No | ☐ Contingent |  |  |
|  | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |

---

| 2.7 | **Minoura Co. Ltd.** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |
|---|---|---|---|---|
|  | Creditor's Name | **bicycles on consignment** |  |  |
|  | **1996 East Ave** |  |  |  |
|  | **Hayward, CA 94541** |  |  |  |
|  | Creditor's mailing address | **Describe the lien** |  |  |
|  |  | **Lien on consigned goods** |  |  |
|  |  | **Is the creditor an insider or related party?** |  |  |
|  |  | ■ No |  |  |
|  | _____ | ☐ Yes |  |  |
|  | Creditor's email address, if known | **Is anyone else liable on this claim?** |  |  |
|  |  | ■ No |  |  |
|  | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  |  |  |  |  |
|  | **Last 4 digits of account number** |  |  |  |
|  | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |  |  |
|  |  | Check all that apply |  |  |
|  | ■ No | ☐ Contingent |  |  |
|  | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 7

| Debtor | **Cycle Force Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.8 | **Panaracer Corporation** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**250 ISO, Hikami-Cho
Tamba City, Hyogo
669-3464**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
3/31/2020**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Consigned inventory and proceeds thereof**

**Describe the lien**
**Lien on Consigned Goods**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Pfiff-Vertriebs GMBH** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Wilhelmstrabe 49/51
Quakenbruk   49610**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
3/31/2021**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Consigned inventory and proceeds thereof**

**Describe the lien**
**Lien on consigned goods**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Ramiko Co., Ltd.** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**6f-1 No. 148, Song-Chiang
Road
Taipei, Taiwan 10458
Republic of China**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**consigned inventory and proceeds thereof**

**Describe the lien**
**Lien on consigned goods**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Cycle Force Group, LLC**                                                                    Case number (if known)
_____
Name

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **RoyalBaby Cycle Beijing Co., Ltd.** | Describe debtor's property that is subject to a lien | $1,500,000.00 | $1,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**Rm 718, Licheng Office, 8# Si Jiqing Road Haidian, Beijing 100195**

**Consigned inventory and proceeds thereof - Subject to offset**

Creditor's mailing address

**Describe the lien**

**Lien on Consigned Goods**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**June 18, 2020**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **US Bank Equipment Finance** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1310 Madrid St. Marshall, MN 56258**

Creditor's mailing address

**Describe the lien**

**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**4/3/2017**

**Last 4 digits of account number**

**MG17**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 3 | **US Small Business Administration** | Describe debtor's property that is subject to a lien | $338,629.00 | $338,629.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor  **Cycle Force Group, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| Creditor's Name | **Subordinated and Junior Blanket Lien** |
| **1545 Hawkins Blvd. Suite 202** | |
| **El Paso, TX 79925** | |
| Creditor's mailing address | Describe the lien |
| | **PPP Loan** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **7/16/2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **2731** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 2.14 | **Wells Fargo Financial Leasing** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Ricoh Printer and UCC-1** | | |
| | **PO Box 10306** | | | |
| | **Des Moines, IA 50306** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Lease Agreement** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **5/4/2016** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| | |
|---|---|
| | **$5,326,185.70** |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Dimension Funding, LLC** **17748 Sky Park Circle, Suite 100** **Irvine, CA 92614** | Line  **2.12** | |

| Debtor | **Cycle Force Group, LLC** | Case number (*if known*) | |
| | Name | | |

| | | |
|---|---|---|
| **Interjet, Inc.**<br>**2-7-38 Nishimiyahara**<br>**Yodogawa-ku Osaka**<br>**532-004 JAPAN** | Line **2.8** | |
| **Interjet, Inc.**<br>**2-7-38 Nishimiyahara**<br>**Yodogawa-ku Osaka**<br>**532-004 JAPAN** | Line **2.3** | |
| **Jeff Courter, Esq.**<br>**Nyemaster Goode Law Firm**<br>**700 Walnut St., Suite 1600**<br>**Des Moines, IA 50309** | Line **2.2** | |
| **Minoura Co., Ltd.**<br>**134-1 Shimomiya, Godo, Ampachi**<br>**GIFU 503-2312** | Line **2.7** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Cycle Force Group, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,073.52 | $36,073.52 |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Canada Revenue Agency**
**Prince Edward Island Tax Centre**
**275 Pope Rd.**
**Summerside PE C1N 6A2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$36,073.52**   Priority amount **$36,073.52**

Date or dates debt was incurred
**2019 tax year**

Basis for the claim:
**GST/HST and adjustments for sales and revenue from the 2019 tax year.**

Last 4 digits of account number **0001**
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2** Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **Unknown**   Priority amount **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Shown for Noticing purposes only.**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Cycle Force Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Iowa Department of Revenue
Hoover State Office Building
PO Box 10471
Des Moines, IA 50306-0471**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Shown for Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Iowa Workforce Development
Unemployment Insurance Tax
Bureau
1000 East Grand Ave.
Des Moines, IA 50319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Shown for Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,924.36** |
|---|---|---|---|

**BIG Bicycle Industry Group
Teugseweg 18 D
7418 AM Deventer
The Netherlands**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Bicycles**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Brodsky and Smith, LLC
2 Bala Plaza, Suite 510
Bala Cynwyd, PA 19004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2019

Basis for the claim:  **Settlement payments  from litigation case in
California re Proposition 65 (Ferreiro v. Kohl's)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,199.00** |
|---|---|---|---|

**Great Western Bank
316 S. Duff
Ames, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card Debt**

Last 4 digits of account number  4657

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cycle Force Group, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $421,661.75 |
| --- | --- | --- | --- |

**MIFA-Bike Gesellschaft mbh**
**Kyselhauser Str. 23**
**06526 Sangerhausen**
**GERMANY**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,870.99 |
| --- | --- | --- | --- |

**Sears Roebuck and Co.**
**Vendor Receivables**
**PO Box 2621**
**Omaha, NE 68103-2621**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0029**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,438,827.48 |
| --- | --- | --- | --- |

**Sinosure**
**c/o Noelle R. Murray, Esq.**
**Murray Law Firm PC**
**222 Third Ave SE Suite 501 #***
**Cedar Rapids, IA 52401**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Export and credit insurance claim filed by RoyalBaby**

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,337.12 |
| --- | --- | --- | --- |

**SPS Commerce**
**333 S. Seventh St. Suite 1000**
**Minneapolis, MN 55402**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1908**

Basis for the claim:  **Electronic Data Interchange  contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156,627.35 |
| --- | --- | --- | --- |

**Volkswagen Zubehor/MIFA Bike GmbH**
**c/o Frau Kohler**
**An der Trift 67**
**63303 Dreielch**
**GERMANY**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **0360**

Basis for the claim:  **License Agreement with VW Germany terminated due to contested breach of contract.  Volkswagen European license agreement**

Is the claim subject to offset? ☐ No ■ Yes

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Aziz Khan**<br>**3711 Kennett Pike, Suite 120**<br>**Wilmington, DE 19807** | Line  **3.5**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Cycle Force Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.2 | **Law Offices of Nathan Neuman, Esq.**<br>**Commercial Claims Division**<br>**700 Lake Dr.**<br>**Ambler, PA 19002-5084** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Redouan el Haddad**<br>**Postbus 40236**<br>**8004 DE Zwolle**<br>**The Netherlands** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Sommer Sauer Barts**<br>**Rechtsanwalte Steuerberater**<br>**Bundesplatz 3, 10715**<br>**Berlin** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Transform Holdco LLC**<br>**PO Box 771624**<br>**Chicago, IL 60677-1596** | Line **3.5**<br><br>☐ Not listed. Explain ____ | **0029** |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 36,073.52 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,154,448.05 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,190,521.57 |

**Fill in this information to identify the case:**

Debtor name       **Cycle Force Group, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Ricoh Production Printer Service/Supply Contract** | |
| | State the term remaining | **Unitl May 2021** | **Access System** |
| | List the contract number of any government contract | **CT10252-02** | **955 SE Olson Drive** **Waukee, IA 50263** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Sharp Copiers Service/Supply Contract** | |
| | State the term remaining | **Quarterly Auto Renewal** | **Access System** |
| | List the contract number of any government contract | **CT10628-01** | **955 SE Olson Drive** **Waukee, IA 50263** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance  service agreements on multiple forklifts. Each forklift has its own contract. Contracts continue until cancelled by either party with a 30-day written notice.** | |
| | State the term remaining | | **Assoc Integrated Supply Chain Solutions** |
| | List the contract number of any government contract | **N/A** | **2401 SE Tones Dr. Suite 5** **Ankeny, IA 50021** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **14 mobile enclosed storage trailers filled with excess bikes, etc. for storage** | |
| | State the term remaining | **month to month** | **Iowa Storage Trailer** |
| | List the contract number of any government contract | **N/A** | **3216 SE 21st** **Des Moines, IA 50320** |

| Debtor 1 | **Cycle Force Group, LLC** | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Vinyl Inkjet/Decal Printer Plotter** | |
|---|---|---|---|
| | State the term remaining | **through May 2022** | **Lease Consultants Corporation**<br>**PO Box 71397**<br>**Clive, IA 50325** |
| | List the contract number of any government contract | **41943** | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Internet services contract** | |
|---|---|---|---|
| | State the term remaining | **Until Feb 2025** | **Mediacom**<br>**1 Mediacom Way**<br>**Mediacom Park, NY 10918** |
| | List the contract number of any government contract | **8384975000025348** | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Mediacom phone services contract** | |
|---|---|---|---|
| | State the term remaining | **Until May 2025** | **Mediacom**<br>**1 Mediacom Way**<br>**Mediacom Park, NY 10918** |
| | List the contract number of any government contract | **8384970300102160** | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Distribution warehouse and office building located at 2105 SE 5th St., Ames, IA until 2/12/2022** | |
|---|---|---|---|
| | State the term remaining | | **Nyle Nims**<br>**3701 Deer Run Lane**<br>**Ames, IA 50014** |
| | List the contract number of any government contract | **5880400245** | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Postage Meter Machine** | |
|---|---|---|---|
| | State the term remaining | **until 10-19-2022** | **Pitney Bowes**<br>**2225 American Drive**<br>**Neenah, WI 54956** |
| | List the contract number of any government contract | **0012323560** | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Building Rental for 3100 South Riverside Dr.** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **Ron McMillen**<br>**3100 South Riverside Dr.**<br>**Ames, IA 50010** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1   **Cycle Force Group, LLC**                                          Case number (*if known*)
_____                        _____
First Name              Middle Name              Last Name

▉ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Ricoh Production Printer** | |
|---|---|---|---|
| | State the term remaining | **Until May 2021** | **Wells Fargo Leasing** |
| | List the contract number of any government contract | **603-0145207-000** | **PO Box 10306**<br>**Des Moines, IA 50306** |

**Fill in this information to identify the case:**

Debtor name    **Cycle Force Group, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Cycle Source Group** | **2105 SE 5th St. Ames, IA 50010** | **Great Western Bank** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Nyle Nims** | **2105 SE 5th St. Ames, IA 50010** | **Great Western Bank** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Cycle Force Group, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,879,397.00** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$14,349,516.00** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$14,859,360.00** |
| **For the fiscal year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$17,351,982.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | **Cycle Force Group, LLC** | Case number *(if known)* | |
|---|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Alliant Energy**<br>**PO Box 30**<br>**Cedar Rapids, IA 52406-3060** | **1/21-4/21** | **$12,291.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__utilities__ |
| 3.2. | **Ames Municiple Utilities**<br>**PO box 811**<br>**Ames, IA 50010-0811** | **1/21-4/21** | **$7,312.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Utilities__ |
| 3.3. | **ArcBest Freight**<br>**1001 SE Lorenz Dr.**<br>**Ankeny, IA 50021** | **1/21-4/21** | **$17,859.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__freight charges for shipping__ |
| 3.4. | **Central Transport**<br>**PO Box 33299**<br>**Detroit, MI 48232** | **1/21-4/21** | **$46,009.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other__Trucking costs for inventory__ |
| 3.5. | **Cleland Homsi & Assoc. Inc.**<br>**7345 Erica Lane**<br>**North Tonawanda, NY 14120** | **1/21-4/21** | **$8,070.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__credit counseling__ |
| 3.6. | **Commercial Terminal Service, Inc.**<br>**900 N. Indiana Ave**<br>**Kansas City, MO 64120** | **1/21-4/21** | **$26,553.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other__Intermodal transportation services__ |
| 3.7. | **EPX Credit Card Processor**<br>**250 Stephenson Highway**<br>**Troy, MI 48083** | **1/21-4/21** | **$12,503.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other__international payment platform for credit cards__ |

Debtor    **Cycle Force Group, LLC**

Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **Estes Express Lines**<br>PO Box 77003<br>Minneapolis, MN 55480-7703 | 1/21-4/21 | $22,906.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Freight Transportation provider** |
| 3.9. **Equation Technologies**<br>533 Second St.<br>Encinitas, CA 92024 | 1/21-4/21 | $14,061.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.10. **Express Employment Professionals**<br>PO Box 203901<br>Dallas, TX 75320 | 1/21-4/21 | $7,681.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Recruiter for employees** |
| 3.11. **Finance Matters, LLC**<br>1438 Old Lystra Rd<br>Chapel Hill, NC 27517-9172 | 1/21-4/21 | $46,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **CPA** |
| 3.12. **Freightquote.com, Inc.**<br>PO Box 9121<br>Minneapolis, MN 55480-9121 | 1/21-4/21 | $12,968.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Freight services** |
| 3.13. **Great Western Bank**<br>PO Box 31021<br>Tampa, FL 33631 | 1/21-4/21 | $10,516.89 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14. **Great Western Bank**<br>316 S. Duff<br>Ames, IA 50010 | 1/21-4/21 | $184,513.49 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Cycle Force Group, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.15. **Greenfield Industries, Inc.**<br>**99 Doxsee Dr.**<br>**Freeport, NY 11520** | **1/21-4/21** | **$12,598.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **H&H Customs Clearance Co**<br>**120 Sylvan Ave**<br>**Englewood Cliffs, NJ 07632** | **1/21-4/21** | **$70,678.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Trucking and freight**<br>**srevices, customs clearance,**<br>**freight forwarding, logistics** |
| 3.17. **Hawkeye/Buckeye Corrugated Inc.**<br>**PO Box 74007166**<br>**Chicago, IL 60674-7166** | **1/21-4/21** | **$16,415.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **boxes and packaging**<br>**supplies** |
| 3.18. **Head Sport GMBH**<br>**Wuhrkopfweg 1**<br>**Landsgericht Feldkirch**<br>**Finland 64824** | **1/21-4/21** | **$17,055.05** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **Hogan-Hansen, PC**<br>**1601 Golden Aspen Dr., Suite 107**<br>**Ames, IA 50010** | **1/21-4/21** | **$7,487.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20. **Interjet, Inc.**<br>**2-7-38 Nishimiyahara**<br>**Yodogawa-ku Osaka 532-004**<br>**JAPAN** | **1/21-4/21** | **$147,606.31** | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. **Jiashan Oskar-Bebehut Precision**<br>**Machiner**<br>**No 63 Yushan Road** | **1/21-4/21** | **$34,095.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Cycle Force Group, LLC**                                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.22. **Joy Kie Tech Corp Ltd.**<br>**Funchun Bldg 509**<br>**Qingtaist Hangzhou**<br>**CHINA** | 1/21-4/21 | $26,460.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. **Kemco Group, Inc.**<br>**12350 Mantague St. Unit L**<br>**Pacoima, CA 91331** | 1/21-4/21 | $172,432.73 | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. **Lease Consultants**<br>**PO Box 71397**<br>**Clive, IA 50325** | 1/21-4/21 | $7,129.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. **Lemberg Sales Agency**<br>**16291 W 14 Mile Rd. Suite 29**<br>**Franklin, MI 48025** | 1/21-4/21 | $8,116.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. **Maxway Industries Ltd.**<br>**8F Fuchun Building 509**<br>**Qingtaistre Hangzhou**<br>**CHINA** | 2/21 | $9,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. **McGrew Trucking**<br>**10527 Hillcrest Dr.**<br>**La Vista, NE 68128** | 1/21-4/21 | $9,090.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other_**Trucking services**_ |
| 3.28. **Menabo S.R.L.**<br>**Via 8 Marzo, 3-Z.I. Corte Tegge**<br>**42025 Cavriago**<br>**ITALY** | 1/21-4/21 | $7,694.13 | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. **Messingschlager GmbH & Co.**<br>**Hassberhstr 45**<br>**96148 Baunach**<br>**Germany** | 1/21-4/21 | $422,844.06 | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **Cycle Force Group, LLC**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.30. **Minoura Co. Ltd.** 1996 East Ave Hayward, CA 94541 | 1/21-4/21 | $27,113.13 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.31. **Moon Helmets** Xihai Industrial, Beijiao, Shunde Guangdong, 528000 CHINA | 3/21 | $20,236.96 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.32. **Movo Outdoors, LLC** 2934 Summer  Hill Dr. West Friendship, MD 21794 | 1/21-4/21 | $25,981.30 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.33. **Nantucket Bike Baskets** PO Box 470632 Brookline Village, MA 02447 | 2/21-4/21 | $22,863.60 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.34. **OEC GROUP CHICAGO** 555 PIERCE RD SUITE #210 ITASCA, IL 60143 | 1/21-4/21 | $438,811.06 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.35. **Online Freight Services** 2275 Waters Drive Saint Paul, MN 55120 | 1/21-4/21 | $9,212.40 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.36. **Pfiff-Vertriebs GMBH** Wilhelmstrabe 49/51 D-49610 Quakenbruck | 1/21-4/21 | $15,519.44 | ■ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.37. **Plytix** 251 Little Falls Dr. Wilmington, DE 19808 | 1/21 | $10,960.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **Cycle Force Group, LLC**                                Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.38. **Premium Financing Specialists, Inc.**<br>**301 West 11th St., 4th Floor**<br>**PO Box 419090**<br>**Kansas City, MO 64141-6090** | 1/21-4/21 | $42,647.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Insurance financing** |
| 3.39. **Ramiko Co., Ltd.**<br>**6f-1 No. 148, Song-Chiang Road**<br>**Taipei, Taiwan 10458**<br>**Republic of China** | 1/21-4/21 | $1,089,575.69 | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40. **RoyalBaby Cycle Beijing Co., Ltd.**<br>**207, Block A, 51 South Kunminghu**<br>**Road**<br>**Haidian District, Beijing, 10097**<br>**CHINA**<br>**IA 50309** | 1/21-4/21 | $57,025.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.41. **Sigler Printing**<br>**c/o Ron McMillen**<br>**3100 S. Riverside Dr.**<br>**Ames, IA 50010** | 1/21-4/21 | $10,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **printing services** |
| 3.42. **Story County Treasurer**<br>**PO Box 498**<br>**Nevada, IA 50201** | 2/21 | $46,996.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Property taxes** |
| 3.43. **Thorpe Marketing**<br>**1946 Lefthand Canyon Drive**<br>**Boulder, CO 80302** | 2/21-4/21 | $27,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Marketing services** |
| 3.44. **True Commerce**<br>**90 S. Cascade Ave**<br>**Colorado Springs, CO 80903** | 4/21 | $10,839.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.45. **United Parcel Service**<br>**PO Box 809488**<br>**Chicago, IL 60680-9488** | 2/21-4/21 | $215,413.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Cycle Force Group, LLC**                                                      Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.46. | **UPS Supply Chain Solutions**<br>**PO Box 809488**<br>**Chicago, IL 60680-9488** | **1/21-4/21** | **$7,548.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **freight and package deliveries** |
| 3.47. | **Wellmark BC/BS**<br>**PO Box 10353**<br>**Des Moines, IA 50306** | **1/21-4/21** | **$18,436.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Health Insurance** |
| 3.48. | **Wells Fargo Financial Leasing**<br>**PO Box 10306**<br>**Des Moines, IA 50306** | **1/21-4/21** | **$11,535.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease payment for lease of Ricoh Production Printer** |
| 3.49. | **West Bend Mutual Insurance Co.**<br>**Bin 432**<br>**Milwaukee, WI 53288-0432** | **1/21-4/21** | **$12,444.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Insurance** |
| 3.50. | **XPO Logistics**<br>**29559 Network Place**<br>**Chicago, IL 60673-1559** | **1/21-4/21** | **$9,059.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **transportation and logistics** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Sue Cunningham**<br>**2105 SE 5th St.**<br>**Ames, IA 50010**<br>**Member** | **monthly** | **$109,053.96** | **Salary and  2019 commissions paid in 2020** |

Debtor    **Cycle Force Group, LLC**                                                    Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.    **Benno Messingschlager Hassberhstr 45 96148 Baunach Germany member/supplier/shareholder** | **Two monthly payments of $9,927.07** | **$9,927.07** | **Loan Agreement between Nyle Nims and Benno Messingschlager** |
| 4.3.    **Nyle Nims 2105 SE 5th St. Ames, IA 50010 President** | **4/30/20 through 4/12/21** | **$224,542.16** | **salary, and payment for lease of building located at 2105 SE 5th St., Ames, IA, reimbursement for American Express Credit Card business purchases** |
| 4.4.    **Matthew H. Nims 2105 SE 5th St. Ames, IA 50010 Member** | **5/1/20 through 1/2/21** | **$8,190.84** | **Commissions** |

5.    **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.    **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7.    **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **Anthony Ferreiro v. Kohl's Department Stores, Inc. HG19041737** | **Violation of Proposition 65 - California law stating that anyone who has products to be sold, are required to disclose by notice and warning, any chemicals used in the manufacture of the products. Case did not proceed.** | **California Superior Court of Alameda 2233 Shore Line Dr. Alameda, CA 94501** | ☐ Pending ☐ On appeal ■ Concluded |

Debtor    **Cycle Force Group, LLC** _____    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Creditors Adjustment Bureau v. Cycle Force Group, LLC LACV051942** | debt collection | **Story County Clerk RE: LACV051942 Story County Courthouse 1315 South B Avenue Nevada, IA 50201-0408** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Anthony Ferreiro v. Messingschlager GMBH & Co. et al RC19032851** | **Violation of Proposition 65 - California law stating that anyone who has products to be sold, are required to disclose by notice and warning, any chemicals used in the manufacture of the products.** | **California Superior Court of Alameda 2233 Shore Line Dr. Alameda, CA 94501** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Forklift fell off truck during transportation in June 2020, Forklift was damaged beyond repair** | **No insurance settlement received for loss** | **6/2020** | **$2,000.00** |
| **Various shipments of bicycles and equipment damaged in transit from 11/2018 - 4/2021** | **total amount of claims paid $29,394.90 from 11/2018-4/21/2021** | **October 2020** | **$29,394.90** |

| Part 6: | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**

Debtor    **Cycle Force Group, LLC** _____    Case number *(if known)* _____

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **12/31/19 - $2,500.00** **4/22/20 - $14,254.54** **4/27/20 - $4,714.01** **7/27/20 - $27,621.93** **10/19/20 - $14,810.23** **1/29/21 - $100,000.00** **4/21/2021 - $40,000.00** | |
| | **Bradshaw, Fowler, Proctor & Fairgrave PC** **801 Grand Ave., Suite 3700** **Des Moines, IA 50309** | | | **$203,900.71** |
| | Email or website address **www.bradshawlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Pat Cunnane** **2105 SE 5th St.** **Ames, IA 50010** | | **4/11/20 through 1/1/21** | **$74,941.98** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **CR3** **30 S. Wacker Dr., 22nd Floor** **Chicago, IL 60606** | | **1/21/21** | **$180,265.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

| Debtor | **Cycle Force Group, LLC** | Case number *(if known)* |
|---|---|---|

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Cycle Force Group Salary Deferral Simple IRA** | EIN:  **13-2124733** |

   Has the plan been terminated?
   ■ No
   ☐ Yes

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Cycle Force Group Employer Contribution Simple IRA** | EIN:  **62-022534** |

   Has the plan been terminated?
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Cycle Force Group, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Cycle Force Group** | **office safe** | **business records** | ☐ No<br>■ Yes |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **3500 South Riverside Dr.**<br>**Ames, IA 50010** | **Nyle Nims,** | **Storage warehouse with bicycles and inventory** | ☐ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **ROYALBABY**<br>**c/o Dave Tank, Esq.**<br>**Dorsey & Whitney Law Firm**<br>**801 Grand Ave, Suite 4100**<br>**Des Moines, IA 50309** | **2105 SE 5th St.**<br>**Ames, IA 50010** | **Consigned Bicycles and bicycle parts owned by Royalbaby** | **Unknown** |
| **Messingschlager GmbH & Co.**<br>**Hassberhstr 45**<br>**96148 Baunach**<br>**GERMANY** | **2105 SE 5th St.**<br>**Ames, IA 50010** | **Consigned Bicycles and bicycle parts** | **Unknown** |

---

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Debtor    **Cycle Force Group, LLC** _____    Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ramiko**<br>**6f-1 No. 148 Song-Chiang Road**<br>**Taipei, Taiwan 10458**<br>**REPUBLIC OF CHINA** | **2105 SE 5th St.**<br>**Ames, IA 50010** | **Consigned Bicycles and**<br>**bicycle parts** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Kemco Group Inc.**<br>**12350 Mantague St., Unit L**<br>**Pacoima, CA 91331** | **2105 SE 5th St.**<br>**Ames, IA 50010** | **Consigned Bicycles and**<br>**bicycle parts** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Izumi Chain Mfg. Co., Ltd.**<br>**100-1, Hakotsukuri**<br>**Hannan-Shi, Osaka 599-0232**<br>**JAPAN** | **2105 SE 5th St.**<br>**Ames, IA 50010** | **Consigned Bicycles and**<br>**bicycle parts** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Pfiff-Vertriebs GMBH**<br>**Wilhelmstrabe 49/51**<br>**Quakenbruk   49610** | **2105 SE 5th St.**<br>**Ames, IA 50010** | **Consigned Bicycles and**<br>**bicycle parts** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Menabo S.R.L.**<br>**Via 8 Marzo, 3-Z.1. Corte Tegge**<br>**42025 Cauriago**<br>**ITALY** | **2105 SE 5th St.**<br>**Ames, IA 50010** | **Consigned Bicycles and**<br>**bicycle parts** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Minoura Co. Ltd.**<br>**1996 East Ave**<br>**Hayward, CA 94541** | **2105 SE 5th St.**<br>**Ames, IA 50010** | **Consigned Bicycles and**<br>**bicycle parts** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Dimitry Klokov**<br>**c/o Foster & Wilson** | **2105 SE 5th St.,**<br>**Ames, IA 50010** | **Monies held in trust from sale**<br>**of Bikes endorsed by Olympic**<br>**Weightlifter Dmitry Klokov** | **$66,000.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Axle Release**<br>**520 North Main Suite 304**<br>**Heber City, UT 84032** | **2105 SE 5th St.,**<br>**Ames, IA 50010** | **Bicycles and bicycle parts** | **$85,000.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Panaracer Corporation**<br>**250 ISO, Hikami-Cho**<br>**Tamba City, Hyogo 669-3464** | **2105 SE 5th St.**<br>**Ames, IA 50010** | **Consigned Bicycles and**<br>**bicycle parts** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Belgium Cycling Factory**<br>**Beverlosesteenweg 85**<br>**3583 Paal-Beringen**<br>**Belgium** | **2105 SE 5th St.**<br>**Ames, IA 50010** | **Consigned bicycles and**<br>**bicycle parts** | **Unknown** |

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

| Debtor | **Cycle Force Group, LLC** | Case number *(if known)* | |
|---|---|---|---|

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
☑ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Anthony Ferreiro v. Kohl's Department Stores, Inc. HG19041737** | **Superior Court of the State of Calif County of Alameda 2233 Shore Line Dr. Alameda, CA 94501** | **Enforcement of Safe Drinking Water and Toxic Enforecement Act of 1986; Health and Safety Code Section 25249.5 (Proposition 65)** | ☐ Pending ☐ On appeal ☑ Concluded |
| **Anthony Ferreiro v. Messingschlager GMBH & Co. et al RC19032851** | **Superior Court of the State of Calif County of Alameda 2233 Shore Line Dr. Alameda, CA 94501** | **Enforcement of Safe Drinking Water and Toxic Enforecement Act of 1986; Health and Safety Code Section 25249.5 (Proposition 65)** | ☐ Pending ☐ On appeal ☑ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

Debtor   **Cycle Force Group, LLC**                                           Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Hogan - Hansen PC**<br>**1601 Golden Aspen Dr. Suite 107**<br>**Ames, IA 50010** | **2008 to the present** |
| 26a.2.   **Mary E. Tanner, CPA**<br>**1438 Old Lystra Road**<br>**Chapel Hill, NC 27517** | **January 8, 2021 to the present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Hogan - Hansen PC**<br>**1601 Golden Aspen Dr. Suite 107**<br>**Ames, IA 50010** | **2008 to the present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **HOGAN-HANSEN**<br>**1601 GOLDEN ASPEN DRIVE**<br>**SUITE 107**<br>**AMES, IA 50010** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Great Western Bank**<br>**316 S. Duff**<br>**Ames, IA 50010** |
| 26d.2.   **RoyalBaby Cycle Beijing Co., Ltd.**<br>**c/o Dave Tank, Esq.**<br>**Dorsey & Whitney PC**<br>**801 Grand Ave Suite 4100**<br>**Des Moines, IA 50309** |
| 26d.3.   **UPS**<br>**PO Box 809488**<br>**CHICAGO, IL 60680-9488** |
| 26d.4.   **Ramiko Co. Ltd**<br>**6F-1 No148 Song-Chiang Rd**<br>**Taipei  TAIWAN**<br>**10465** |
| 26d.5.   **Benno Messingschlager**<br>**Hassberhstr 45**<br>**96145 Baunach**<br>**Germany** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                   Best Case Bankruptcy

Debtor   **Cycle Force Group, LLC** _____   Case number _(if known)_ _____

| Name and address |
|---|
| 26d.6. | **HERO CYCLES**<br>**2A-1001, 10TH FLOOR**<br>**TWO HORIZON CENTRE, SECTOR-43**<br>**INDIA** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Hogan-Hansen PC** | **12/2019** | **Cost of goods sold** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Cycle Force Group**<br>**2105 SE 5th St.**<br>**Ames, IA 50010** |

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | **Nyle Nims** | **7/2020** | |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Cycle Force Group**<br>**2105 SE 5th St.**<br>**Ames, IA 50010** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Benno Messingschlager** | **Hassberhstr 45**<br>**96148 Baunach**<br>**Germany** | **Member** | **50%** |
| **CSG IA LLC** | **c/o Nyle Nims**<br>**2105 SE 5th St.**<br>**Ames, IA 50010** | **President/CEO** | **35%** |
| **Sue Cunningham** | **2105 SE 5th St.**<br>**Ames, IA 50010** | **Member** | **5%** |
| **Matthew H. Nims** | **2105 SE 5th St.**<br>**Ames, IA 50010** | **Member** | **5%** |
| **Kwei-Pao Chen** | **6F-1 148 Song-Chiang Rd**<br>**Taipei, 10545**<br>**Taiwan** | **member** | **5%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Susan M. Cunningham** | **$2,240.70 Net** | **bi-weekly** | **Salary** |
| | Relationship to debtor<br>**member** | | | |
| 30.2. | **Nyle H. Nims** | **$2,280.45 Net** | **Bi-weekly** | **Salary** |
| | Relationship to debtor<br>**President** | | | |
| 30.3. | **Matthew H. Nims** | **$2,250.24 Net** | **bi-weekly** | **Salary** |
| | Relationship to debtor<br>**Member** | | | |
| 30.4. | **Benno Messingschlager<br>Hassberhstr 45<br>96148 Baunach<br>GERMANY** | **$9,927.07 per month** | **monthly** | **Loan repayment** |
| | Relationship to debtor<br>**Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Cycle Force Group Simple IRA Salary Deferral** | **EIN: 13-2124733** |



Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor    **Cycle Force Group, LLC**                                      Case number *(if known)* _____

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Cycle Force Group Employer Contribution Simple IRA** | **EIN:    62-022534** |

Debtor   **Cycle Force Group, LLC**                                    Case number *(if known)*

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 22, 2021**

**/s/ Nyle Nims**                                          **Nyle Nims**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **President/CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Iowa

In re  **Cycle Force Group, LLC**                                        Case No.
_____                               Chapter    **11**
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Benno Messingschlager**<br>**Hassberhstr 45**<br>**96148 Baunach**<br>**Germany** | **Member** | **1053** | **Member** |
| **CSG IA, LLC**<br>**c/o Nyle Nims**<br>**2105 SE 5th ST.**<br>**Ames, IA 50010** | **Member** | **737** | **Member** |
| **Kwei-Pao Chen**<br>**6F-1 148 Son-Chaing Rd**<br>**Taipai, Taiwan   10545** | **Member** | **105** | **Member** |
| **Matthew Nims**<br>**3701 Deer Run Lane**<br>**Ames, IA 50010** | **Member** | **105** | **Member** |
| **Sue Cunningham**<br>**2902 Roxboro Dr.**<br>**Ames, IA 50010** | **Member** | **105** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President/CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  **April 22, 2021**                                     Signature  **/s/ Nyle Nims**
_____                                **Nyle Nims**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Iowa

In re   **Cycle Force Group, LLC**
_____   Case No. _____
                                    Debtor(s)   Chapter   **11**   _____

## VERIFICATION OF MASTER ADDRESS LIST
## ON PAPER (CREDITOR MATRIX)

I, the President/CEO of the corporation named as the debtor in this case, declare under

penalty of perjury that I have read the attached Master Address List (creditor matrix), consisting

of   **5**   pages, and that it is true and correct to the best of my knowledge, information, and belief.

Date:   **April 22, 2021**
_____   **/s/ Nyle Nims**
                                    _____
                                    **Nyle Nims/President/CEO**
                                    Signer/Title

VER_MTRX (Rev. 04/00)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Access System
955 SE Olson Drive
Waukee, IA 50263

Assoc Integrated Supply Chain Solutions
2401 SE Tones Dr. Suite 5
Ankeny, IA 50021

Aziz Khan
3711 Kennett Pike, Suite 120
Wilmington, DE 19807

Belgium Cycling Factory
Beverlosesteenweg 85
3583 Paal-Beringen
Belgium

Benno Messingschlager
Hassberhstr 45
96148 Baunach
Germany

BIG Bicycle Industry Group
Teugseweg 18 D
7418 AM Deventer
The Netherlands

Brodsky and Smith, LLC
2 Bala Plaza, Suite 510
Bala Cynwyd, PA 19004

Canada Revenue Agency
Prince Edward Island Tax Centre
275 Pope Rd.
Summerside PE C1N 6A2

CSG IA, LLC
c/o Nyle Nims
2105 SE 5th ST.
Ames, IA 50010

Cycle Source Group
2105 SE 5th St.
Ames, IA 50010

Dimension Funding, LLC
17748 Sky Park Circle, Suite 100
Irvine, CA 92614

Great Western Bank
316 S. Duff
Ames, IA 50010

Interjet, Inc.
2-7-38 Nishimiyahara
Yodogawa-ku Osaka
532-004 JAPAN

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iowa Department of Revenue
Hoover State Office Building
PO Box 10471
Des Moines, IA 50306-0471

Iowa Storage Trailer
3216 SE 21st
Des Moines, IA 50320

Iowa Workforce Development
Unemployment Insurance Tax Bureau
1000 East Grand Ave.
Des Moines, IA 50319

Izumi Chain Mfg. Co., Ltd.
100-1, Hakotsukuri
Hannan-Shi, Osaka 599-0232
JAPAN

Jeff Courter, Esq.
Nyemaster Goode Law Firm
700 Walnut St., Suite 1600
Des Moines, IA 50309

Kemco Group, Inc.
12350 Mantague St. Unit L
Pacoima, CA 91331

Kwei-Pao Chen
6F-1 148 Son-Chaing Rd
Taipai, Taiwan 10545

Law Offices of Nathan Neuman, Esq.
Commercial Claims Division
700 Lake Dr.
Ambler, PA 19002-5084

Lease Consultants Corporation
PO Box 71397
Clive, IA 50325

Matthew Nims
3701 Deer Run Lane
Ames, IA 50010

Mediacom
1 Mediacom Way
Mediacom Park, NY 10918

Menabo S.R.L.
Via 8 Marzo, 3-Z.I. Corte Tegge
42025 Cavriago
ITALY

Messingschlager GmbH & Co.
Hassberhstr 45
D-96148 Baunach
Germany

MIFA-Bike Gesellschaft mbh
Kyselhauser Str. 23
06526 Sangerhausen
GERMANY

Minoura Co. Ltd.
1996 East Ave
Hayward, CA 94541

Minoura Co., Ltd.
134-1 Shimomiya, Godo, Ampachi
GIFU 503-2312

Nyle Nims
3701 Deer Run Lane
Ames, IA 50014

Nyle Nims
2105 SE 5th St.
Ames, IA 50010

Panaracer Corporation
250 ISO, Hikami-Cho
Tamba City, Hyogo 669-3464

Pfiff-Vertriebs GMBH
Wilhelmstrabe 49/51
Quakenbruk 49610

Pitney Bowes
2225 American Drive
Neenah, WI 54956

Ramiko Co., Ltd.
6f-1 No. 148, Song-Chiang Road
Taipei, Taiwan 10458
Republic of China

Redouan el Haddad
Postbus 40236
8004 DE Zwolle
The Netherlands

Ron McMillen
3100 South Riverside Dr.
Ames, IA 50010

RoyalBaby Cycle Beijing Co., Ltd.
Rm 718, Licheng Office, 8#
Si Jiqing Road
Haidian, Beijing 100195

Sears Roebuck and Co.
Vendor Receivables
PO Box 2621
Omaha, NE 68103-2621

Sinosure
c/o Noelle R. Murray, Esq.
Murray Law Firm PC
222 Third Ave SE Suite 501 #*
Cedar Rapids, IA 52401

Sommer Sauer Barts
Rechtsanwalte Steuerberater
Bundesplatz 3, 10715
Berlin

SPS Commerce
333 S. Seventh St. Suite 1000
Minneapolis, MN 55402

Sue Cunningham
2902 Roxboro Dr.
Ames, IA 50010

Transform Holdco LLC
PO Box 771624
Chicago, IL 60677-1596

US Bank Equipment Finance
1310 Madrid St.
Marshall, MN 56258

US Small Business Administration
1545 Hawkins Blvd. Suite 202
El Paso, TX 79925

Volkswagen Zubehor/MIFA Bike GmbH
c/o Frau Kohler
An der Trift 67
63303 Dreielch
GERMANY

```
Wells Fargo Financial Leasing
PO Box 10306
Des Moines, IA 50306

Wells Fargo Leasing
PO Box 10306
Des Moines, IA 50306
```

# United States Bankruptcy Court
### Southern District of Iowa

In re    **Cycle Force Group, LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cycle Force Group, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 22, 2021**

Date

**/s/ Krystal R. Mikkilineni**

**Krystal R. Mikkilineni AT0011814**

Signature of Attorney or Litigant

Counsel for    **Cycle Force Group, LLC**

**Bradshaw, Fowler, Proctor & Fairgrave PC**

**801 Grand Avenue,  Suite 3700**
**Des Moines, IA 50309-8004**
**515-246-5880 Fax:515-246-5808**
**mikkilineni.krystal@bradshawlaw.com**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy