# RESOLUTION

The undersigned, Nyle Nims, is the Manager of Cycle Force Group, LLC (the "Company"). On January 19, 2021, the following resolution was duly adopted by the members of the Company:

"WHEREAS, the Company has determined in its business judgment to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

NOW, THEREFORE, BE IT RESOLVED that Nyle Nims, Manager of the Company, be and hereby is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the Company; and

BE IT FURTHER RESOLVED, that Nyle Nims, Manager, be and hereby is authorized and directed to appear in the bankruptcy proceeding on behalf of the Company, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with said bankruptcy proceeding; and

BE IT FURTHER RESOLVED, that Nyle Nims, Manger, be and hereby is authorized and directed to employ Jeffrey D. Goetz, and the law firm of Bradshaw, Fowler, Proctor & Fairgrave, P.C., to represent the Company in said bankruptcy proceeding."

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A LIMITED LIABILITY CORPORATION**

The undersigned Manager of the Limited Liability Corporation named as debtor in this case, declares under penalty of perjury that he has read the foregoing resolution and it is true and correct to the best of his knowledge, information, and belief.

DATED:  April 22, 2021

*/s/ Nyle Nims*
Nyle Nims
Manager of Cycle Force Group, LLC