# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: ) | Case No. 21-00571 |
| ) | |
| **CYCLE FORCE GROUP, LLC,** ) | Chapter 11 |
| ) | |
|     Debtor and Debtor in Possession. ) | Hon. |
| ) | |
| 2105 SE 5th St. ) | **NOTICE OF APPEARANCE AND** |
| Ames, IA 50010 ) | **REQUEST FOR SPECIAL NOTICE** |
| ) | |
| EIN: 26-2671865 ) | |
| ) | |

PLEASE TAKE NOTICE that the undersigned appears as additional counsel for Cycle Force Group, LLC, Debtor and Debtor in Possession, in the underlying bankruptcy case entitled above, and pursuant to Bankruptcy Rules 2002 and 9010, demands that all notices given or required to be given in this bankruptcy proceeding and all papers served or required to be served in this bankruptcy proceeding be given to and served upon the following at the addresses and telephone numbers set forth below.

    Nicci M. Ledbetter, Esq.
    Bradshaw, Fowler, Proctor & Fairgrave, P.C.
    801 Grand Avenue, Suite 3700
    Des Moines, IA 50309
    515/246-5811
    515/246-5808 FAX
    ledbetter.nicci@bradshawlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by

mail, delivery, telephone, facsimile or otherwise filed with regard to the above-referenced bankruptcy proceeding.

DATED: April 22, 2021              /s/      Nicci M. Ledbetter
                                   Nicci M. Ledbetter, AT0014206
                                   Bradshaw, Fowler, Proctor & Fairgrave, P.C.
                                   801 Grand Avenue, Suite 3700
                                   Des Moines, IA 50309-8004
                                   515/246-5811
                                   515/246-5808 FAX
                                   ledbetter.nicci@bradshawlaw.com

## CERTIFICATE OF SERVICE

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

/s/  Bari Rogers