## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | Case No.  21-00571 |
| | ) | |
| **CYCLE FORCE GROUP, LLC** | ) | Chapter 11 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. |
| | ) | |
| 2105 SE 5th St. | ) | **DEBTOR'S MOTION FOR ORDER** |
| Ames, IA  50010 | ) | **AUTHORIZING EMPLOYMENT OF** |
| | ) | **ORDINARY COURSE** |
| | ) | **PROFESSIONALS** |
| | ) | [Bankruptcy Code sections 327, 328, 330 and |
| EIN:  26-2671865 | ) | 105(a)] |
| | ) | |
| | ) | No Hearing Set |

Cycle Force Group, LLC ("Debtor" or "CFG"), Debtor and Debtor-in-Possession herein, by and through its proposed General Reorganization Counsel, Jeffrey D. Goetz, Esq. and Krystal R. Mikkilineni, Esq., of the law firm of Bradshaw, Fowler, Proctor & Fairgrave, P.C., and pursuant to the provisions of Bankruptcy Code sections 105(a), 327, 328 and 330, respectfully moves this Honorable Court for an Order authorizing the employment and payment of its ordinary course professionals, and would show this Honorable Court as follows:

### Background

1.     On April 22, 2021 ("Petition Date"), the Debtor filed its Voluntary Chapter 11 Petition.  The Debtor continues to be authorized to operate its business and manage its properties as a debtor in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

### Jurisdiction

2.     This Court has subject matter jurisdiction to consider and determine this motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Relief Requested**

3.      The Debtor requests an order pursuant to Bankruptcy Code sections 105(a), 327, 328 and 330, approving its retention of Scott S. Taylor of the law firm of Miller & Company, P.C. ('Miller Law Firm"), utilized by the Debtor in the ordinary course of business (each an "Ordinary Course Professional" and, collectively, "Ordinary Course Professionals") without the submission of separate employment applications, declarations, and the issuance of separate retention orders for each individual professional firm.

4.      The Debtor proposes that the Miller Law Firm continue to be retained as an Ordinary Course Professional pursuant to the pre-petition terms and conditions of said engagement attached as Exhibit "A" and incorporate by existence herein.  The Miller Law Firm shall file a declaration under penalty of perjury with the Court pursuant to Bankruptcy Code section 327(e), within thirty (30) days of entry of the order granting this Motion setting forth that such law firm and/or accounting firm does not represent or hold any interest adverse to the Debtor or its estate in respect of the matters in which it is engaged.

5.      In addition, the Debtor requests an order pursuant to Bankruptcy Code sections 105(a) and 330 authorizing the Debtor to pay the Miller Law Firm as an Ordinary Course Professional, on an interim basis, and without an application to the Court by such professional, 100% of fees and disbursements incurred. Such payments would be made following the submission to and approval by the Debtor of appropriate invoices setting forth in reasonable detail the nature of the services rendered and disbursements actually incurred; provided, however, that subject to further order of the Court, if the Miller Law Firm's fees and disbursements exceed a total of $80,000 in the aggregate, then the payments to such professional for such excess amounts shall be subject to the prior approval of the Court in accordance with Bankruptcy Code sections 330 and 331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), local practice

and custom in this jurisdiction, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

6.      All other legal professionals retained and employed by the Debtor in connection with the prosecution of this Chapter 11 case will be retained by the Debtor pursuant to separate retention applications. Such professionals shall be compensated in accordance with the applicable provisions of the Bankruptcy Code (or as otherwise allowed by order of this Court) and the Bankruptcy Rules.

7.      The Debtor reserves the right to supplement its list of Ordinary Course Professionals from time to time as necessary. In such event, the Debtor proposes to file a supplemental list with this Court and to serve it on (i) the Office of the United States Trustee for Region 12 (the "United States Trustee"), (ii) the Debtors' pre-petition and post-petition senior secured bank lenders, (iii) any Official Unsecured Creditors Committee, and (iv) all those who have filed notices of appearances and requests for special notice in this Chapter 11 case. The Debtor further proposes that if no objections are filed to such supplemental list within fourteen (14) days after service thereof, then such list would be deemed approved and added hereto without the necessity of a hearing.

### Employment of Ordinary Course
### Professionals Should be Authorized

8.      The Debtor desires to continue to employ the Miller Law Firm to render many of the services to its estate similar to those services rendered prior to the Petition Date. The Miller Law Firm renders assistance in all aspects of establishing foreign-trade zone status for Cycle Force Group's facility located in Ames, Iowa., and any other services associated with this guidance for the Debtor that impact the Debtor's day-to-day operations and will be necessary to assist with the reorganization of the Debtor. It is essential that the employment of the Miller Law Firm, who is

already familiar with the Debtor's affairs, be continued on an ongoing basis to avoid disruption of the Debtor's day-to-day business operations. The Debtor submits that the proposed employment of the Miller Law Firm and the payment of monthly compensation on the basis set forth above is in the best interest of its estate and its creditors. The requested relief will avoid the incurrence of additional fees pertaining to preparing and prosecuting interim fee applications together with the review process by other parties in interest. Likewise, the procedure outlined above will relieve the Court and the United States Trustee of the burden of reviewing numerous fee applications involving relatively small amounts of fees and expenses.

### **Notice**

9.      No trustee or examiner has been appointed in this Chapter 11 case. Because of the administrative nature of the relief requested herein, the Debtor submits no further notice need be given.

10.     No previous request for the relief sought herein has been made by the Debtor to this or any other court.

WHEREFORE, the Debtor respectfully requests that the Court grant the Motion in all respects and grant the Debtor such other and further relief as it deems just and equitable under the circumstances.

Date:  April 22, 2021

/s/      *Krystal R. Mikkilineni*
Jeffrey D. Goetz, Esq., AT0002832
Krystal R. Mikkilineni, Esq., AT0011814
Bradshaw Fowler Proctor & Fairgrave P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
515/246-5880
515/246-5808 FAX
goetz.jeffrey@bradshawlaw.com
mikkilineni.krystal@bradshawlaw.com

General Reorganization Counsel to Cycle
Force Group, Debtor and Debtor in
Possession

## **CERTIFICATE OF SERVICE**

This document was served electronically on parties who receive electronic notice through CM/ECF
as listed on CM/ECF's notice of electronic filing.

/s/      *Barbara Warner*

# MILLER

& COMPANY P.C.

**EXHIBIT A**

ATTORNEYS AT LAW

4929 MAIN STREET
KANSAS CITY, MO 64112
816.561.4999
FAX 816.561.5999
E-MAIL intllaw@millerco.com
WEB http://www.millerco.com

1825 I STREET N.W., 5ᵗʰ FLOOR
WASHINGTON, DC 20006

140 WEST END AVE., SUITE 15-C
NEW YORK, NEW YORK 10023

April 8, 2021

**CONFIDENTIAL
THIS DOCUMENT SUBJECT TO:
ATTORNEY/CLIENT PRIVILEGE
WORK PRODUCT DOCTRINE**

Mr. Nyle Nims
Chief Executive Officer
Cycle Force Group
2105 S.E. 5ᵗʰ Street
Ames, Iowa   50010

Re:    Proposal/Engagement Letter

Dear Mr. Nims:

Thank you for the opportunity of providing a proposal concerning advising and assisting Cycle Force Group in all aspects of establishing foreign-trade zone status for your facility in Ames, Iowa.

As you requested, I have attached a Foreign-Trade Zone Proposal for services to be rendered based upon our discussions.  We bill on an hourly rate basis, ranging from $125 to $240 an hour for Legal Assistants, $335 to $380 an hour for Compliance Directors, and $300 to $690 an hour for Attorneys.  Attached is a list of our attorneys, compliance directors, and legal assistants with their current hourly rates identified.  We will assign work to individuals with the necessary technical expertise for efficiency as required.  I will remain responsible for your representation.  Our normal fee arrangement is to request an initial retainer of $5,000 (invoice attached).  The retainer is used for initial billings and is not replenished.

The attached Foreign-Trade Zone Proposal provides for estimated legal services fees described herein ranging from $60,000 to $80,000 and are based upon our experience for the development of similar zone projects and the information you have provided to us as described herein. Note that our proposal provides the option of the necessary guidance to utilize your existing inventory control and record keeping system as opposed to purchasing third-party management software. Alternatively, we can provide the merits of third-party software to assist you in the selection process and guidance on potential customization. We understand that we are the only organization to provide these services.  Active involvement of company personnel will moderate the time spent by our staff and thus over fee billings.  The actual fees for zone projects depend on a wide range of variables that are not known at the time the project is initiated.

PLEASE REPLY TO THE KANSAS CITY OFFICE

Mr. Nyle Nims
April 8, 2021
Page 2

Billings are forwarded by email on a monthly basis for legal services fees plus expenses advanced such as photocopying, telephone charges, travel expenses, postage, courier service, etc. Expenses vary but are generally 10-15% of legal services fees billings. Payment is due upon receipt of invoice. If ACH payment is received by the 10th day of the month following the invoice date, a 2% discount may be applied to the fees only. If payment is received via check by the 10th day of the month following the invoice date, a 1% discount may be applied to fees only. Billing rates may be adjusted yearly and become effective October 1st. The Legal Services Terms and Conditions of our engagement document is attached. This letter and the attachments represent the entire agreement of the parties. If the scope of our engagement changes, the terms set out herein will continue to apply unless modified by mutual agreement.

The Iowa Foreign Trade Zone Corporation has a one-time Application fee of $3,000, one-time activation fee of $1,000, and an annual fee of $1,500 for subzones. There are no fees charged by U.S. Customs or the FTZ Board/Department of Commerce.

We very much look forward to working with you on potential future trade compliance questions. After you have had the opportunity to review this letter and the attached Legal Services Terms and Conditions, I would be happy to discuss them with you. If you agree with our proposal, as your acceptance of our agreement, please sign and date the letter and return it to this office.

Sincerely,

Scott S. Taylor

SST:mkc
Attachments

I have read this engagement letter and the attached Foreign-Trade Zone Proposal and Legal Services Terms and Conditions and agree and accept them.

Signed and accepted this _____ day of _____, 2021.

_____
Authorized Signature

MKC/DOCU/217561 (8800)

# MILLER
## & COMPANY P.C.

**ATTORNEYS AT LAW**

4929 MAIN STREET
KANSAS CITY, MO 64112
816.561.4999
FAX 816.561.5999
E-MAIL  intllaw@millerco.com
WEB  http://www.millerco.com

1825 I STREET N.W., 5th FLOOR
WASHINGTON, DC 20006

140 WEST END AVE., SUITE 15-C
NEW YORK, NEW YORK 10023

## FOREIGN-TRADE ZONE PROPOSAL

Our firm has a significant amount of experience over the last fifty (50) years in the Foreign-Trade Zone program in providing these services, having assisted in the structuring of over 800 foreign-trade zone projects nationwide.  We have undertaken more projects than all other firms or individuals providing such services combined.  As a founder of the National Association of Foreign-Trade Zones and its General Counsel since its inception, our experience is unparalleled in this area.  We have been instrumental in the 2012 revisions to the Foreign-Trade Zones Board Regulations.  We have also been working closely with U.S. Customs Headquarters to provide detailed text and guidance on the necessary total rewrite to the 1986 U.S. Customs Regulations regarding foreign-trade zones.

Our firm has the ability to very promptly and efficiently assist in structuring all aspects of the zone project.  Our fees vary depending on the degree of effort required of our firm.  The more work that can be accomplished by your organization's staff, the lower the legal services billing.

In our experience, the effort necessary to complete such a project consists of the following:

1.   **Structuring of the Project, Preparation of a Foreign-Trade ASF Subzone Application and separately a Draft Production Notification to the Foreign-Trade Zones Board, Preparation of Necessary Documentation for the Grantee/Sponsor and U.S. Customs, Completing, Filing, Processing the Application at the Foreign-Trade Zones Board until final approval, and Negotiation and Completion of a Contract with the FTZ Grantee/Sponsor.** The process to structure the project and prepare and file the necessary documentation at the Foreign-Trade Zones Board normally takes ninety (90) to one hundred twenty (120) days.   Once a structure for the project is formulated, we can provide a computerized database Foreign-Trade Subzone Application and Production Notification draft document requiring detailed information from the Company to expedite the undertaking.  We will review and verify the Application information.  We will provide necessary draft letters to be completed by the Grantee organization and U.S. Customs and Border Protection.  Thereafter, we will monitor the Foreign-Trade Zones Board processing effort, expedite same, and secure the final Foreign-Trade Zones Board approval.   The Production Notification requires 120 days for final Board approval.   However, we can request interim authority for production in advance of the 120-day approval, if necessary.   If there is opposition, we can discuss a plan to address the opposition.  This would be outside of the scope of a

Cycle Force Group
April 8, 2021
Page 2

Production Notification.  Finally, we will work with the Grantee/Sponsor to negotiate, finalize, and execute the necessary contract.  The legal services may range from $10,000 to $15,000, depending on the circumstances.

2.  **Formulating a Plan to Comply with all Necessary Customs Requirements for Day-to-Day Operations/Working with Cycle Force Group Individuals to Structure Appropriate Management System/Development of a Foreign-Trade Zone Operations Manual/Customs Application for Activation/Foreign-Trade Zone Operator's Bond.**  It must be understood that Customs does not have a specific way of required management of a zone project.  There are usually a variety of approaches to the solution of any identified concerns that we can suggest based upon our fifty (50) years of experience with a very wide range of zone firms.  In addition to the involvement of Scott Taylor, one or two Legal Assistants will be assigned to your project to organize, implement, and maintain the structuring of the project in order for the zone to operate in the most efficient manner, maximize zone savings opportunities, and be compliant with all aspects of the requirements of Customs, Foreign-Trade Zones Board, and other federal agency laws.  Our ultimate goal is for the foreign-trade zone to operate essentially in the same manner as current practice and be a part of, and interface with Cycle Force Group's existing Customs-related import and export, inventory management, Customs brokerage, and financial control systems.  The time necessary to complete this task varies widely, depending on a number of factors.

The first step in the process is to develop an overall foreign-trade zone management plan.  One or more multiple-day meetings will be necessary with Cycle Force Group personnel to develop the necessary knowledge foundation.  It is best to utilize a "Team Approach."  Import/Export, IT, Receiving/Shipping, Logistics, Purchasing, Finance, Legal, and individuals directly related to all activities should participate in the initial meeting(s).  We will first provide a thorough explanation on what a zone is and how it operates to "Team" personnel.  It will be necessary to methodically review and analyze existing and projected operations, inventory systems, and available IT management reports.

A determination must be made as to whether it is possible for Cycle Force Group to manage its zone by undertaking the necessary modifications to its existing inventory management system in order to adequately manage a foreign-trade zone.  We will provide a Preliminary Foreign-Trade Zone System Specification document that will summarize the details of what we believe is the basic structure of an automated inventory control and recordkeeping system for managing your foreign-trade zone. We will base this document on the information regarding your operations that you have provided.  The document will also contain exhibits of sample reports.  This document should be reviewed by your I.T. personnel in preparation for our

Cycle Force Group
April 8, 2021
Page 3

subsequent on-site visit.  Once this document has been reviewed by Cycle Force Group's IT department and discussed with our firm, a decision can be made as to whether it is possible to manage your FTZ project independently using your existing software system.

Alternately, if it is determined that it is necessary for an FTZ software provider's system to be utilized, or a third party FTZ management firm with its own software, a determination must be made as to exactly how the designated software provider's system, or third party FTZ management system, will be integrated into Cycle Force Group's existing inventory management system in order to adequately manage the zone.  We will assess the current capabilities of the computer system and assist in the decision on an FTZ software provider, or third party FTZ management firm system, in order to identify any necessary modifications, including the identification of additional data elements, additional reports, and/or modification or combination of existing reports to satisfy other federal agency requirements.  We will provide our assessment of exactly how to structure the automated zone management system or third party FTZ management firm system and the associated expense.

The two (2) fundamental documents required by Customs at the time of activation are an Application for Activation that must be filed and approved by the local Customs Port Director who will be responsible for the zone project and a Foreign-Trade Zone Operations Manual (with complete reports and forms) that must be filed and accepted by Customs prior to initiating operations.

The Application for Activation letter must be prepared and filed describing the intended zone operations, requesting specific authority from the local Customs Port office for various activities, and requesting a security inspection of the facility.  The Application letter must also include specific information on three or four key employees so that a background check can be undertaken by Customs of the Company and key employees at the facility.  The Foreign-Trade Zone Operations Manual to be provided to Customs is a document prepared in ISO format that describes on a high-level, but very detailed basis, exactly how all aspects of the zone project would be managed.  The Operations Manual will also include exhibits of computer-generated reports, completed customs forms, and other pertinent documentation necessary for management of your FTZ.  Our typical Customs Manuals average 65 to 80 pages and are far more complete than those produced by other organizations.  The Manual is submitted to Customs as part of the Activation process.  A Foreign-Trade Zone Operator's Bond must be secured from an approved bonding company to be filed with Customs.  The minimum face amount of the bond is normally $100,000.  The bond must be in an amount equal to the Customs duties owed on the average value of foreign nonduty-paid material held in the facility.

Cycle Force Group
April 8, 2021
Page 4

A series of meetings will be necessary with "Team" personnel to develop the Cycle Force Group FTZ management plan, the Customs Application for Activation, and the Customs FTZ Operations Manual reflecting all parties' necessary activities.  We will attend the Customs security review as well as all meetings with Customs to assure that no difficulties arise.  The time necessary to complete the project will vary depending on the circumstances.  The legal services fees may range from $40,000 to $50,000, depending on the circumstances.

3.    **Training of Company Personnel/First Document Review Before Filing with Customs/Thirty Day Audit Review of FTZ Operations/ First FTZ Annual Reconciliation Additional Review.**  We will develop with Company personnel necessary training in Foreign-Trade Zone management to assure that multiple Cycle Force Group employees are well-versed in all aspects of FTZ management before zone start-up.  Based on prior experience, we believe it is important to provide training to key individuals in the organization.  We have found the better the company personnel understand the requirements of the zones program up front in the process, the better the zone compliance will be at start-up.  This level of training will also help identify compliance gaps.

We will review the first CBPF 214 admission document for receipt of merchandise into the zone and the first CBPF 3461/CBPF 7501 Customs Entry for the shipment of zone merchandise out of the facility.  These documents will be reviewed for accuracy and completeness before they are filed with Customs.  Thirty (30) days after the zone start-up we will review in detail all aspects of the first month of operation, confirm its accuracy, and identify any necessary improvements.  Finally, at the time of the first Annual Reconciliation we will review the documents and records and determine necessary CBP actions.  In our experience, the fees may range from $10,000 to $15,000, depending on the circumstances.

Finally, in any undertaking of this nature it is important to be certain that all aspects of the effort be protected under attorney-client privilege. Part of the foreign-trade zone structuring process will likely involve the identification of potential import/export compliance concerns. Government auditors routinely request copies of all reports produced by consultants, accounting firms, and customs brokerage firms. It is critically important, therefore, that potential issues that are identified are fully considered.  Issues identified under Miller & Company review will be protected by attorney-client privilege. We would be pleased to discuss the details of this proposal at your convenience.

MKC/DOCU/227565 (8800)

# MILLER
### & COMPANY P.C.

**ATTORNEYS AT LAW**

4929 MAIN STREET
KANSAS CITY, MO 64112
816.561.4999
FAX 816.561.5999
E-MAIL  intllaw@millerco.com
WEB  www.millerco.com

1875 I STREET N.W., 5th FLOOR
WASHINGTON, DC 20006

233 BROADWAY, SUITE 2702
NEW YORK, NEW YORK 10279

## 2020-21 BILLING RATES

| ATTORNEYS | TITLE | RATE |
|---|---|---|
| Marshall V. Miller | Partner | $690.00 |
| David R. Ostheimer | Of Counsel | $575.00 |
| Thomas L. Lobred | Of Counsel | $480.00 |
| Scott S. Taylor | Partner | $420.00 |
| Sean T. Murray | Partner | $410.00 |
| Brian J. Murphy | Partner | $410.00 |
| Ryan W. Thornton | Of Counsel | $300.00 |

| COMPLIANCE DIRECTORS | TITLE | RATE |
|---|---|---|
| Linda D. King | FTZ Compliance Director | $335.00 |
| Charles W. Ballard | Export Compliance Director | $320.00 |
| Jerry Greenwell | Export Compliance Director | $380.00 |
| Michael L. Thomas | Import Compliance Director | $360.00 |

| ASSISTANT COMPLIANCE DIRECTOR | TITLE | RATE |
|---|---|---|
| Brenda J. Zeller | Assistant Import/Export Compliance Director | $240.00 |
| Elena M. Asher | FTZ Legal Assistant | $175.00 |
| Elicia A. Snyder | FTZ Legal Assistant | $125.00 |

| LEGAL ASSISTANTS | TITLE | RATE |
|---|---|---|
| Melinda K. Cox | Legal Assistant | $130.00 |
| Gina M. Reiter | Legal Assistant | $125.00 |
| Alana D. Fulcher | Legal Assistant | $125.00 |
| Yvette R. Garcia | Legal Assistant | $125.00 |
| Tamara L. Combs | Legal Assistant | $125.00 |

# MILLER
## & COMPANY P.C.

**ATTORNEYS AT LAW**

| | |
|---|---|
| **ACCOUNTING DEPARTMENT** | **816.561.4999** |
| **4929 MAIN STREET** | **FAX 816.561.5999** |
| **KANSAS CITY, MISSOURI  64112** | **EMAIL arechtien@millerco.com** |

Mr. Nyle Nims                                             April 8, 2021
Chief Executive Officer
Cycle Force Group
2105 S.E. 5th Street
Ames, Iowa    50010

Invoice No. 408

**CONFIDENTIAL. THIS DOCUMENT SUBJECT TO ATTORNEY/CLIENT PRIVILEGE WORK PRODUCT DOCTRINE.**

FEDERAL ID: 43-1194171

DUE UPON RECEIPT

| April 8, 2021 | Retainer | 5,000.00 |
|---|---|---|
| | | $5,000.00 |
| TOTAL | | |

**We request that invoices be paid via one of the following methods of payment: ACH Transfer, Wire Transfer, Visa, MasterCard, or American Express. Paying by one of these methods makes our entire accounts receivable process electronic. Please contact Kelley Randol at 816-561-4999 or via email at krandol@millerco.com for more information.**

MKC/INVS/217566 (8800)



# MILLER
## & COMPANY P.C.

| | | |
|---|---|---|
| **ATTORNEYS AT LAW** | 4929 MAIN STREET | 1875 I STREET N.W., 5ᵗʰ FLOOR |
| | KANSAS CITY, MO 64112 | WASHINGTON, DC 20006 |
| | 816.561.4999 | |
| | FAX 816.561.5999 | 233 BROADWAY, SUITE 2702 |
| | E-MAIL intlaw@millerco.com | NEW YORK, NEW YORK 10279 |
| | WEB www.millerco.com | |

## LEGAL SERVICES TERMS AND CONDITIONS

The following Terms and Conditions are intended to govern our representation as set out in the accompanying engagement letter.

## JOINT RESPONSIBILITIES

We will provide you with legal counsel and assistance in accordance with the accompanying engagement letter describing the services that have been agreed to be performed and in accordance with these Legal Services Terms and Conditions. We will make every effort to ensure timely, effective, and efficient completion of our work. We will keep you informed of our progress and developments and respond to your inquiries. You must provide us with factual and technical information and materials as required in order for us to perform the services that have been agreed to. We encourage you to communicate to us any concerns with our representation immediately.

## COMMUNICATIONS

We will communicate with you primarily by verbal and email communications. Email may not be an absolutely secure method of communication, may be copied and held by various computers as it passes between us, and could be intercepted. Although we take great care to protect our communications from unauthorized access, viruses, and other unassociated risks, we cannot guarantee the security of these communications.

## ATTORNEY-CLIENT PRIVILEGE

Generally, communications between an attorney and client regarding legal advice are privileged and confidential. We ask that you establish a methodology to maintain a level of strict confidentiality for our communications. As the privilege could be deemed to have been waived if someone other than the client sees the privileged material, we recommend that these communications be separately and securely filed in a safe area.

## CONFIDENTIALITY

We do not discuss or otherwise make available to anyone any confidential information about our clients or the work we perform on their behalf and will not discuss or otherwise make available to any client confidential information about any of our other

clients or any work on their behalf.  Our clients agree that we may from time to time, identify in marketing materials the name of selected clients.

## ENGAGEMENT OF THIRD PARTIES

It may be appropriate during our representation to hire third parties to provide services on your behalf.  We will introduce those parties to you and secure your approval in writing before the parties are engaged.  Because of the "work product" protection afforded to such services from third parties, we will normally assume responsibility for retaining the appropriate service providers.

## ADVANCE WAIVER OF UNRELATED CONFLICTS OF INTEREST

Our clients are engaged in global business activity.  From time to time we may represent clients who are competitors with one another.  We may now, or in the future, represent one of your competitors on an unrelated matter in which your interests are potentially adverse to that other client.  This will confirm that you waive all such conflicts of interest and consent to our current and future representation of other clients in any of such matters that are not substantially related to your matters.

## FEES AND EXPENSES

Our fees are based on the amount of time we devote to a project.   We record and bill our time in one tenth hour (i.e. six minute increments).   We assign work to attorneys, compliance directors, and legal assistants who can provide the services most efficiently.  Our current rates are outlined in the accompanying letter.  Hourly rates are reviewed and may be adjusted, generally at the start of our fiscal year beginning in October.  We bill on a monthly basis for our fees and for reimbursement of expenses incurred, including but not limited to photocopying, government record charges, telephone charges, travel expenses, postage, courier service, etc.in connection with our representation. Any estimate of total fees is provided as a guide to assist you in budgeting and shall not be regarded as a firm quotation or a fixed/capped fee.   We will generally not pay the fees and expenses of other service providers such as consultants, legal counsel, experts, etc., but will forward those bills directly to you for payment.

## FILE RETENTION AND DESTRUCTION

At the conclusion of the matters for which we have been engaged, we may retain your legal files for a period of not less than six (6) years after we close our file.  If you notify us in writing that you wish to take possession of the files, we reserve the right to charge administrative fees and costs associated with researching, retrieving, copying and delivering such files.

**TERMINATION OF ENGAGEMENT**

You may terminate our representation at any time upon written notice to us, subject to applicable Rules of Professional Conduct.  The attorney-client relationship created by our representation will terminate when we have completed the services to be performed.  If we are retained to perform further or other services, this activity will be documented.  While it is unlikely and unforeseen circumstances could cause the ethical rules governing lawyers to preclude us from continuing to represent you or if you failed to cooperate with us or otherwise fail to perform these terms or any in the attached engagement letter, we may immediately withdraw as your counsel.   During our representation we reserve the right to terminate further representation if you fail to pay our invoices in a timely manner.   If termination or withdrawal occurs in any event, you will remain liable for all fees and expenses incurred, billed and unbilled, prior to withdrawal.

The Legal Services Terms and Conditions agreement cannot be modified unless agreed to in writing by a partner in the firm.  If there is a conflict between Terms and Conditions and the engagement letter, the provisions of the engagement letter will prevail.

March 2019

3