## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: ) | Case No. 21-00571 |
| ) | |
| **CYCLE FORCE GROUP, LLC,** ) | Chapter 11 |
| ) | |
| Debtor and Debtor in Possession. ) | |
| ) | Hon. |
| 2105 SE 5th St. ) | |
| Ames, IA  50010 ) | **DEBTOR'S EX PARTE APPLICATION** |
| ) | **FOR EXPEDITED HEARING ON** |
| EIN: 26-2671865 ) | **DEBTOR'S  EMERGENCY FIRST DAY** |
| ) | **MOTION** |
| ) | |
| _____ ) | No Hearing Set |

Cycle Force Group, LLC ("CFG" or the "Debtor"), Debtor and Debtor in Possession herein, by and through its proposed general reorganization counsel, Jeffrey D. Goetz, Esq. and Krystal R. Mikkilineni, Esq., of the law firm of Bradshaw, Fowler, Proctor & Fairgrave, P.C., respectfully files the instant *Ex Parte* Application for Expedited Hearing on its one (1) Emergency First Day Motion, and would show this Honorable Court as follows:

1)	Contemporaneous with the filing of this Application (the "Ex Parte Application"), the Debtor has filed one (1) Emergency First Day Motions: a Motion for Order Authorizing Debtor to Honor Pre-petition Obligations to Employees (the "Emergency Motion").

2)	The Debtor has filed several First Day Motions in this case, but only one has been captioned as an Emergency Motion, as it argues for emergency relief, because of the critical nature and timing of the relief sought.  The Emergency Motion argues for the emergency nature of the relief sought, for payment of employees, and why an expedited first day hearing on said Emergency Motion is critical and warranted for the future successful reorganization of CFG.

3) The Debtor would respectfully request the Court schedule an expedited hearing on the Emergency Motion as soon as possible on or before April 23, 2021, so the Emergency Motion can be timely heard and resolved in a judicially economical and expeditious manner.

WHEREFORE, the Debtor respectfully requests the Court grant the instant *Ex Parte* Application and schedule a hearing on the Emergency Motion on or before April 23, 2021, or such other time as the Court may accommodate the Debtor on an emergency and expedited basis; and for such other and further relief as may be just and equitable under the circumstances.

Dated: 4/22/2021

/s/    Krystal Mikkilineni
Jeffrey D. Goetz, Esq., AT0002832
Krystal R. Mikkilineni, Esq., AT0011814
Bradshaw Fowler Proctor & Fairgrave P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
515/246-5880
515/246-5808 FAX
goetz.jeffrey@bradshawlaw.com
mikkilineni.krystal@bradshawlaw.com

Proposed General Reorganization Counsel

I, Krystal R. Mikkilineni, the proposed general reorganization counsel for the Debtor and Debtor in Possession herein, declare under penalty of perjury under the laws of the United States and the laws of the State of Iowa, that I have reviewed the above Ex Parte Application and to the best of my knowledge and information, I believe the statements therein to be true and correct and executed this 22nd day of April, 2021 in Des Moines, Iowa.

Dated: April 22, 2021

/s/    Krystal Mikkilineni

-3-

## CERTIFICATE OF SERVICE

    This document with attachment was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

                                      */s/    Barbara Warner*