**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Case No. 21-00571 |
| | ) | |
| **CYCLE FORCE GROUP, LLC,** | ) | Chapter 11 |
| | ) | |
| Debtor and Debtor in Possession | ) | Hon Anita L. Shodeen |
| | ) | |
| 2105 SE 5TH St. | ) | **DEBTOR'S MOTION FOR ORDER** |
| Ames, IA  50010 | ) | **PERMITTING THE DEBTOR TO** |
| | ) | **HONOR WORKERS' COMPENSATION** |
| EIN:  26-2671865 | ) | **PROGRAMS AND PAY INSURANCE** |
| | ) | **OBLIGATIONS** |
| | ) | [Bankruptcy Code Section 105(a), 363(c)(1), |
| | ) | 364(b), 365, 1107(a) and 1108; 28 U.S.C. |
| | ) | §959(b)] |
| | ) | |
| | ) | No Hearing Set |

Cycle Force Group, LLC ("CFG" or "Debtor"), Debtor and Debtor in Possession herein, by and through its duly-employed general reorganization counsel, Jeffrey D. Goetz, Esq. and Krystal R. Mikkilineni, Esq., of the law firm of Bradshaw, Fowler, Proctor & Fairgrave, P.C., and pursuant to the provisions of Bankruptcy Code sections 105(a), 363(c)(1), 364(b), 365, 1107(a) and 1108, 28 U.S.C. § 959(b), and the Doctrine of Necessity, respectfully moves this Honorable Court for an Order permitting the Debtor to honor workers' compensation programs and pay insurance obligations including general liability and auto insurance, and would show this Honorable Court as follows:

1. On April 22, 2021 (the "Petition Date"), CFG filed its Voluntary Petition under Chapter 11 of the Bankruptcy Code (Docket No. 1), and the Debtor is duly operating as a Debtor in Possession pursuant to Bankruptcy Code sections 1107 and 1108.

2. The Debtor is required under both state and federal laws to establish and maintain a workers' compensation program and various types of related insurance such as general liability and auto insurance. If the Debtor is unable to continue making payments on these policies, the lenders under the existing previous financing arrangements may be permitted to terminate the policies to recoup their losses. The Debtor would then be required to obtain replacement insurance on an expedited basis and at tremendous cost to the estate. If the Debtor is required to obtain replacement insurance and to pay a lump sum premium for such insurance in advance, and if the premium for such non-financed replacement insurance is the same as for the current policies, this payment would be the same or greater than what the Debtor currently pays. Even if the premium lenders were not permitted to terminate the policies, any interruption of payments would severely affect the debtor's ability to finance premiums for future policies.

3. In the ordinary course of business, CFG maintains blanket insurance policies that provide coverage for, among other things, general liability, automobile coverage, property damage, and storage damage (together the "Insurance Policies"). The Insurance Policies are essential for the preservation of the Debtor's business, and are, in some cases, required by various laws, regulations or contracts that govern the Debtor's business.

4. The Debtor maintains the Insurance Policies through West Bend, Great American and Selective (collectively, the "Insurance Carriers"). The Debtor's workers' compensation and Insurance Policies are provided through True North Insurance as its exclusive insurance broker and agent. The names of the Insurance Policies, the Insurance Carriers, the term of the current policies and the aggregate annual premiums due thereunder (collectively, the "Premiums"), are set forth on <u>Exhibit A</u> attached hereto. The aggregate annual Premiums under all of the Insurance Policies and the workers' compensation program are approximately $223,572.43. The

West Bend Workers' Compensation and Property, Inland Marine, and Business Auto insurance premiums are paid in monthly installments directly to West Bend. The premium payment for its flood insurance are paid in full on the date due to Selective Insurance. The Debtor is current with all of the premium payments under the Insurance Policies and workers' compensation.

5. The Office of the United States Trustee has established guidelines and requirements for Chapter 11 debtors in possession to maintain sufficient insurance to protect the debtor, its creditors and the bankruptcy estate.

6. In the ordinary course of its business, the Debtor finances the premiums on its general liability and umbrella policies (the "PFA Policies") under a premium financing agreement ("PFA") with IPFS Corporation ("IPFS"). Specifically, IPFS pays the respective premiums due under the PFA Policies, and the Debtor is obligated to pay to IPFS a down payment of 20% of the total premiums, plus ten equal monthly installments.

7. Pursuant to the PFA, if the Debtor defaults on its payment obligations under the PFA, IPFS may cancel the PFA Policies and recover any unearned premiums refunded by the issuers of the PFA Policies and apply the refunds to reduce the Debtor's outstanding obligations under the PFA. In addition, the PFA grants IPFS a security interest in all unearned premiums and dividends that may arise under the PFA Policies.

8. Debtor states that continuing the above coverages and fulfilling its insurance premium and claims indemnification obligations preserves the value of the estate for the benefit of creditors by allowing it to continue business operations and by shielding the estate from liability for claims that might arise post-petition and be entitled to administrative priority status. Additionally, the Debtor also states that continuation of existing policies may be cheaper and less disruptive than obtaining substitute policies post-petition, and the Office of the United States

Trustee mandates such insurance coverage.

**WHEREFORE**, the Debtor prays for an Order permitting the Debtor to honor workers' compensation programs and meet and pay such other insurance premium and claims obligations post-petition, to the extent they might be deemed post-petition payments of pre-petition obligations, as payments in the ordinary course, and as ordinary and necessary expenses of the Debtor's business operations, and therefore as essential expenses, and for such further and other relief as the Court deems just and equitable under the circumstances.

Dated:  April 22, 2021                     /s/     Krystal R. Mikkilineni
                                           Jeffrey D. Goetz, Esq, AT0002832
                                           Krystal R. Mikkilineni, Esq. AT0011814
                                           Bradshaw Fowler Proctor & Fairgrave, PC
                                           801 Grand, Suite 3700
                                           Des Moines, IA  50309-8004
                                           515/ 246-5817
                                           515/ 246-5808 fax
                                           goetz.jeffrey@bradshawlaw.com
                                           mikkilneni.krystal@bradshawlaw.com


                                           Proposed General Reorganization Counsel


CERTIFICATE OF SERVICE:

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.     /s/    Barbara Warner

**EXHIBIT A**

| Type | Limits | Vendor | Policy # | Coverage Dates | Annual Premium | Premium Due Date |
|---|---|---|---|---|---|---|
| Workers' Compensation | $500,000 | West Bend | A784943 | 8/15/20-8/14/21 | $15,409.00 | Paid monthly on 15th day of each month; $1,284.08 per month |
| Property, Inland Marine, Business Auto | | West Bend | A786193 | 8/15/20-8/15/21 | $33,746.00 | Paid monthly on 15th day of each month; $2,812.17 per month |
| a. Blanket Property of Others | $2,070,000 | | | | | |
| b. Blanket Personal Property | $7,680,000 | | | | | |
| c. Building – 2105 SE 5th St., Ames | $6,134,544 | | | | | |
| Umbrella | $9,000,000 | Great American | XS1744912 | 8/15/20-8/15/21 | $60,062.68 | $12,120.54 down payment to be made on 8/15/21 followed by ten equal monthly installment payments of $6,060.27. |
| General Liability | | Great American | PL1744911 | 8/15/20-8/15/21 | $111,983.75 | $22,396.75 down |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | payment to be made on 8/15/21 followed by ten equal monthly installment payments of $8,958.70. |
| a. Gen. Aggregate | $2,000,000 | | | | | |
| b. Products & Completed Operations Aggregate | $2,000,000 | | | | | |
| c. Each Occurrence | $1,000,000 | | | | | |
| d. Damage to Rented Premises | $500,000 | | | | | |
| e. Medical Expenses (any one person) | $20,000 | | | | | |
| f. Employee Benefits | $1,000,000 | | | | | |
| Flood | $500,000 | Selective Ins. | FLD2824244 | 2/15/21-2/16/22 | $2,424.00 | February 16, 2022 payment of $2,371.00 |

6