## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | Case No. 21-00571-11 |
| | ) | |
| **CYCLE FORCE GROUP, LLC** | ) | Chapter 11 |
| | ) | |
|    Debtor and Debtor in Possession | ) | Hon. |
| | ) | |
| 2105 SE 5th St. | ) | **MOTION FOR ORDER APPROVING** |
| Ames, IA  50010 | ) | **STIPULATION RE: USE OF CASH** |
| | ) | **COLLATERAL AND PROVIDING** |
| | ) | **POST-PETITION LIENS** |
| | ) | [Bankruptcy Code Section 363, Bankruptcy |
| EIN:  26-2671865 | ) | Rule 4001] |
| | ) | |
| _____ | ) | No Hearing Set |

     Cycle Force Group, LLC (the "Debtor" or "CFG"), Debtor and Debtor in Possession herein, by and through its Proposed General Reorganization Counsel, Jeffrey D. Goetz, Esq., and Krystal R. Mikkilineni, Esq. of the law firm of Bradshaw, Fowler, Proctor & Fairgrave, P.C., respectfully files the instant Motion for Order Approving Stipulation regarding consensual Use of Cash Collateral and Providing Post-Petition Liens (the "Stipulation"), filed contemporaneously with said Stipulation, and pursuant to section 363 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 4001 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and would show this Honorable Court as follows:

     Filed contemporaneously with this Motion, the Debtor and Great Western Bank, through their respective counsel, have filed a Stipulation for Consensual Use of Cash Collateral (Docket Item   ).

     The Debtor and Great Western Bank respectfully request the Court enter an Order approving the Stipulation between the parties, and for such other and further relief as is just and equitable under the circumstances.

Dated: April 22, 2021

*/s/ Jeffrey D. Goetz*
Jeffrey D. Goetz, Esq., AT0002832
Bradshaw, Fowler, Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
Telephone: (515) 246-5817
Facsimile: (515) 246-5808
goetz.jeffrey@bradshawlaw.com

Proposed General Reorganization Counsel for
Cycle Force Group, LLC, Debtor and Debtor
in Possession