IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>CYCLE FORCE GROUP, LLC,<br><br>Debtor. | Chapter 11<br>Case No. 21-00571-11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

COMES NOW, Great Western Bank, a secured creditor and interested party in this matter, by and through its attorney Roy R. Leaf, and hereby file its Appearance, and pursuant to Bankruptcy Rule 2002, requests that copies of all papers filed or served in this case be sent to:

Roy Leaf, AT0014486
NYEMASTER GOODE, P.C.
625 1st St SE, Suite 400
Cedar Rapids, IA 52401-2030

Please take further notice that this request includes all notices and papers including, without limitation, reports, 2004 examinations, discovery, schedules, affidavits, orders, applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email delivery, telephone, telegraph, telex or otherwise, and all notices thereof.

This Notice of Appearance and Request for Service of Papers does not constitute a consent to any violation of Bankruptcy Rule 9003.  This Notice of Appearance and Request for Service of Papers does not constitute a consent to jurisdiction of the court over non-core proceedings under 28 U.S.C. §157.

By: */s/ Roy Leaf*
Roy Leaf, AT0014486
NYEMASTER GOODE, P.C.
625 1st St SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone: (319) 286-7002
Fax: (319) 286-7050
Email: rleaf@nyemaster.com

**ATTORNEYS FOR CREDITOR, GREAT WESTERN BANK**

**CERTIFICATE OF SERVICE**

 The undersigned certifies that the foregoing instrument was served upon all parties who received electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing and further as set forth below on April 23, 2021.

*/s/ Roy Leaf*