**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309–2044
www.iasb.uscourts.gov

In the Matter of:  Case No. 21–00571–als11

Cycle Force Group, LLC

Debtor(s)

**Notice and Order Regarding Telephonic Hearing on:**
**Motion for Order Permitting the Debtor to Honor Workers' Compensation Programs and Pay Insurance Obligations (#14)**
**(date entered on docket: April 26, 2021)**

**TO:** Krystal R. Mikkilineni, Jeffrey D. Goetz and Nicci M. Ledbetter, Attorneys for Debtor
Jeffrey W. Courter, Attorney for Great Western Bank
L. Ashley Wieck, Attorney for United States Trustee

**YOU ARE HEREBY: NOTIFIED that the Court will conduct a telephonic hearing on April 27, 2021. Participants should be prepared to dial into the conference call at 1:30 p.m. CDT.**

**Time allotted for Hearing: 1 Hour**

**Conference call number: (888) 684–8852        Access Code: 3743616**

**Deadlines**

**IT IS HEREBY ORDERED:**

1. **Objections**, if no bar date preceded this motion, are due on or before **N/A**.
2. **Exhibits**, if any, shall be exchanged and submitted by **N/A**. Exhibit list(s) must be filed with the Clerk of Court by the same date.
   - **Exhibits must be in pdf format. Exhibits shall be submitted to the Clerk's Office on DVD/CD or USB drive OR to Chambers at iasb_als_exhibits@iasb.uscourts.gov**.
   - The electronic exhibits must be clearly labeled with the number or letter, which corresponds to the exhibit list.
   - Debtor(s) shall use consecutive numbers; Creditor(s) shall use consecutive letters. If a matter involves multiple parties, self–explanatory acronyms should be used in addition to numbers or letters.
   - The exhibits submitted to the Clerk's Office will be identified, stored and utilized to designate the official record.
3. **Briefs** due on or before **N/A**.

**Scheduling/Continuances**

**If no objection is filed by the date indicated above, the court may enter an order on the uncontested matter and cancel the hearing.**

The parties shall promptly advise the judge's chambers at **515–284–6118** of any resolution or change in attorney handling the hearing.

An attorney seeking a continuance must file a motion to continue hearing that indicates good cause for the continuance and that contains a professional or verified statement that one's client and all opposing parties have been contacted and that those entities either consent to or resist the motion.

**Questions Regarding this Order**

Contact Jan Kirschman, Courtroom Deputy, 515–323–2836, jmk@iasb.uscourts.gov or
Allie Quinn–Hanse, Law Clerk, 515–284–6119, acq@iasb.uscourts.gov

/s/ Anita L. Shodeen
United States Bankruptcy Judge