Sinosure
c/o Noelle R. Murray, Esq.
Murray Law Firm PC
222 Third Ave SE Suite 501 #*
Cedar Rapids, IA 52401

MIFA-Bike Gesellschaft mbh
Kyselhauser Str. 23
06526 Sangerhausen
GERMANY

Iowa Department of Revenue
Hoover State Office Building
PO Box 10471
Des Moines, IA 50306-0471

Volkswagen Zubehor/MIFA Bike GmbH
c/o Frau Kohler
An der Trift 67
63303 Dreielch
GERMANY

Iowa Workforce Development
Unemployment Insurance Tax Bureau
1000 East Grand Ave.
Des Moines, IA 50319

BIG Bicycle Industry Group
Teugseweg 18 D
7418 AM Deventer
The Netherlands

Canada Revenue Agency
Prince Edward Island Tax Centre
275 Pope Rd.
Summerside PE C1N 6A2

Great Western Bank
316 S. Duff
Ames, IA 50010

SPS Commerce
333 S. Seventh St. Suite 1000
Minneapolis, MN 55402

Sears Roebuck and Co.
Vendor Receivables
PO Box 2621
Omaha, NE 68103-262

Brodsky and Smith, LLC
2 Bala Plaza, Suite 510
Bala Cynwyd, PA 19004

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346