# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>CYCLE FORCE GROUP, LLC,<br><br>　　　　Debtor. | Case No.: 21-00571-als11<br><br>Chapter 11<br><br>Hon. Anita L. Shodeen<br><br>**CONSENSUAL MOTION TO EXTEND TIME TO RESPOND TO NOTICE RE: CURE AMOUNTS TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALE OF ASSETS**<br><br>No Hearing Set |

F.LLI Menabo S.R.L. ("Menabo"), by and through its undersigned counsel, hereby moves this Court (the "Motion") pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for entry of an order extending the deadline for Menabo to respond to the *Notice Re: Cure Amounts to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with Sale of Assets* (the "Cure Notice") (ECF No. 204). **Menabo has conferred with Cycle Force Group, LLC (the "Debtor") on this Motion and the Debtor consents to the relief requested herein.** In support of the Motion, Menabo respectfully states as follows:

## JURISDICTION

1.　　The Court has jurisdiction over this matter pursuant to sections 1334 and 157(a) of title 28 of the United States Code. This is a core proceeding pursuant to section 157(b)(2) of title 28 of the United States Code. Venue is proper in this district pursuant to sections 1408 and 1409 of title 28 of the United States Code.

2.　　The statutory predicate for the relief requested herein is Bankruptcy Rule 9006(b).

## BACKGROUND

3. On April 2, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the U.S. Bankruptcy Court for the Southern District of Iowa (the "Court").

4. On October 22, 2021, the Court entered an order approving certain bidding procedures for the sale of certain of the Debtor's assets, approving assumption and assignment procedures, and other related relief (the "Bidding Procedures Order") (ECF No. 199).

5. On October 29, 2021, the Debtor filed the Cure Notice which listed Menabo as a counterparty to an executory contract with a cure amount of $0.00.

6. Menabo received a copy of the Cure Notice and is in the process of gathering documents necessary to confirm the amount of the appropriate cure amount, but needs additional time to review and discuss with the Debtor. Menabo anticipates working with the Debtor to consensually resolve any disputes with respect to the cure amount.

## RELIEF REQUESTED

7. By this Motion, Menabo respectfully requests the entry of an order extending the deadline to respond to the Cure Notice by 14 days to and including December 3, 2021.

8. Pursuant to Bankruptcy Rule 9006(b), a court may extend unexpired time periods, such as a deadline to respond to a motion:

> [W]hen an act is required or allowed to be done at or within a specified period of time by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion . . . with or without motion or notice order the period enlarged if the request therefore is made before the expiration of the period originally prescribed or as extended by a previous order ...

Fed. R. Bankr. P. 9006(b)(1).

9. This Motion has been filed prior to the expiration of the deadline, and is thus a timely request to extend the response deadline.

10. Cause exists to extend the response deadline to permit Menabo to gather necessary documents and information and, if appropriate, discuss a resolution with the Debtor. Counsel for both Menabo and the Debtor have conferred and the Debtor consents to the relief requested in this Motion.

**WHEREFORE**, Menabo respectfully requests that the Court enter an order (a) extending the deadline to respond to the Cure Notice to and including December 3, 2021, and (b) granting such other and further relief as the Court may deem just and proper.

Dated: November 19, 2021

        **FREEBORN & PETERS LLP**

By:  /s/ *Tonita M. Helton*
Tonita M. Helton (Iowa Bar No. AT0009125)
Elizabeth L. Janczak*
FREEBORN & PETERS LLP
311 South Wacker Drive, Ste. 3000
Chicago, Illinois  60606-6677
Telephone:   (312) 360.6000
Facsimile:   (312) 360.6520
ejanczak@freeborn.com
thelton@freeborn.com
**Pro hac vice forthcoming*

*Counsel for F.LLI Menabo S.R.L.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 19, 2021, the *Consensual Motion to Extend Time to Respond to Notice Re: Cure Amounts to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection With Sale of Assets* was served electronically upon those parties receiving electronic notification through the Court's CM/ECF system.

                /s/ *Tonita M. Helton*