# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>CYCLE FORCE GROUP, LLC,<br><br>        Debtor. | Case No.: 21-00571-als11<br><br>Chapter 11<br><br>Hon. Anita L. Shodeen<br><br>**SECOND CONSENSUAL MOTION TO EXTEND TIME TO RESPOND TO NOTICE RE: CURE AMOUNTS TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALE OF ASSETS**<br><br>No Hearing Set |

F.LLI Menabo S.R.L. ("Menabo"), by and through its undersigned counsel, hereby moves this Court (the "Motion") pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for entry of an order extending the deadline for Menabo to respond to the *Notice Re: Cure Amounts to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with Sale of Assets* (the "Cure Notice") (ECF No. 204). **Menabo has conferred with Cycle Force Group, LLC (the "Debtor") on this Motion and the Debtor consents to the relief requested herein.** In support of the Motion, Menabo respectfully states as follows:

## JURISDICTION

1.     The Court has jurisdiction over this matter pursuant to sections 1334 and 157(a) of title 28 of the United States Code. This is a core proceeding pursuant to section 157(b)(2) of title 28 of the United States Code. Venue is proper in this district pursuant to sections 1408 and 1409 of title 28 of the United States Code.

2.     The statutory predicate for the relief requested herein is Bankruptcy Rule 9006(b).

## BACKGROUND

3. On April 2, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the U.S. Bankruptcy Court for the Southern District of Iowa (the "Court").

4. On October 22, 2021, the Court entered an order approving certain bidding procedures for the sale of certain of the Debtor's assets, approving assumption and assignment procedures, and other related relief (the "Bidding Procedures Order") (ECF No. 199).

5. On October 29, 2021, the Debtor filed the Cure Notice which listed Menabo as a counterparty to an executory contract with a cure amount of $0.00 and set an objection deadline of November 19, 2021.

6. On November 24, 2021, the Court entered an order granting Menabo's motion to extend the Cure Notice's response deadline to December 3, 2021.

7. Menabo and Cycle Force have exchanged information and are still in the process of seeking to reconcile their inventory and payment records to confirm the amount of the appropriate cure amount, but need additional time to reconcile their records.

## RELIEF REQUESTED

8. By this Motion, Menabo respectfully requests the entry of an order extending the deadline to respond to the Cure Notice to and including December 15, 2021.

9. Pursuant to Bankruptcy Rule 9006(b), a court may extend unexpired time periods, such as a deadline to respond to a motion:

> [W]hen an act is required or allowed to be done at or within a specified period of time by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion . . . with or without motion or notice order the period enlarged if the request therefore is made before the expiration of the period originally prescribed or as extended by a previous order ...

Fed. R. Bankr. P. 9006(b)(1).

10. This Motion has been filed prior to the expiration of the deadline, and is thus a timely request to extend the response deadline.

11. Cause exists to extend the response deadline to permit Menabo and Cycle Force to continue exchanging information in order to reconcile their records and determine the appropriate cure amount.

**WHEREFORE**, Menabo respectfully requests that the Court enter an order (a) extending the deadline to respond to the Cure Notice to and including December 15, 2021, and (b) granting such other and further relief as the Court may deem just and proper.

Dated: December 3, 2021

**FREEBORN & PETERS LLP**

By: /s/ *Elizabeth L. Janczak*
Tonita M. Helton (Iowa Bar No. AT0009125)
Elizabeth L. Janczak*
FREEBORN & PETERS LLP
311 South Wacker Drive, Ste. 3000
Chicago, Illinois  60606-6677
Telephone:    (312) 360.6000
Facsimile:    (312) 360.6520
ejanczak@freeborn.com
thelton@freeborn.com
**Admitted pro hac vice*

*Counsel for F.LLI Menabo S.R.L.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 3, 2021, the *Consensual Motion to Extend Time to Respond to Notice Re: Cure Amounts to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection With Sale of Assets* was served electronically upon those parties receiving electronic notification through the Court's CM/ECF system.

                /s/ *Elizabeth L. Janczak*